**GRASSO**
—LAW FIRM—
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Robert J. Lydford, Bar No. 030649
Michael B. Smith, Bar No. 014052
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com
　Attorneys for Defendants Spring Ridge Academy, Jean Courtney,
　Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger,
　Justin Zych, and Kate Deily

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges, and Does 1 through 20,<br><br>　　　　　　Defendants. | Case No: 3:21-cv-08013-SPL<br><br>**DEFENDANTS SPRING RIDGE ACADEMY AND KATE DEILY'S MOTION IN LIMINE NO. 7 REGARDING OTHER LITIGATION, CLAIMS AND TELEVISION MOVIE** |

Pursuant to LRCiv 7.2(l), Defendants Spring Ridge Academy and Kate Deily ("Defendants"), by and through undersigned counsel, hereby move *in limine*, to preclude evidence, testimony or mention of other claims and/or litigation against other similar programs or facilities, the NATSAP and/or the WWASPS and the *Lifetime* fictional movie "Cruel Instruction."

Plaintiff seeks to introduce evidence of other claims, accusations and litigation against other therapeutic boarding school programs and related industry trade organizations, including the World Wide Association of Specialty Programs and Schools (WWASPS) and the National Association of Therapeutic Schools and Programs (NATSAP). The evidence Plaintiff seeks to introduce is largely opinion evidence from

1

opponents of such organizations, lacks proper foundation and is inadmissible hearsay. These include lawsuits brought against other programs not including any claims against Spring Ridge Academy.

Plaintiff has also cited to a made-for-TV drama, *Cruel Instruction*, which aired on the Lifetime television network in 2022, i.e. nearly three full years after she claims to have been fraudulently induced to enroll her daughter at Spring Ridge Academy. In connection to this movie, Plaintiff has listed exhibits that are industry—and Spring Ridge Academy—responses to the accusations in that movie that were published after the movie debuted. None of these existed at the time Plaintiff enrolled her daughter at Spring Ridge Academy, are irrelevant and unduly prejudicial to the Defendants. They should therefore be precluded pursuant to Fed. R. Evid. 402 and 403.

Plaintiff has also listed Spring Ridge Academy publications from 2021, i.e. two years after her enrollment of her daughter at Spring Ridge Academy, concerning the allegations of abuse and neglect leveled at the industry as a whole. These also post-date the issues in this case and should be precluded pursuant to Fed. R. Evid. 402 and 403.

Based on the foregoing, Defendants respectfully ask this Court to issue an order as follows:

(1) that Plaintiff be precluded from referring to claims brought against other residential therapy programs or the industry umbrella trade organizations (WWASPS and NATSAP);

(2) that Plaintiff be precluded from referring in any way to the 2022 movie *Cruel Instruction* or any response by the industry or Spring Ridge Academy after its debut; and

(3) that Plaintiff be precluded from referring in any way to publications by Spring Ridge Academy responding to criticisms in years subsequent to Plaintiff's enrollment of her daughter at Spring Ridge Academy.

### LRCIV 7.2(L) CERTIFICATE OF GOOD FAITH

Undersigned counsel certifies that Defendants met and conferred with Plaintiff and Plaintiff's counsel in good faith by email correspondence, but the parties were unable to resolve their disagreement on the foregoing matters.

///

RESPECTFULLY SUBMITTED this 31st day of October, 2023.

**GRASSO LAW FIRM, P.C.**

By  /s/ *Michael B. Smith*
Robert Grasso, Jr.
Robert J. Lydford
Michael B. Smith
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorneys for Defendants Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Kate Deily