**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** November 21, 2023 |
| **Case Number:** CV-21-08013-PCT-SPL | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso, Jr. |

**FINAL PRETRIAL CONFERENCE:**

Trial procedures discussed. The Court will seat eight (8) jurors. Each side will get three (3) peremptory strikes. The Rule of Exclusion is invoked. Plaintiff does NOT waive her presence at sidebar. The Court adopts the parties' Joint Statement of the Case (Doc. 178). Discussion held regarding Joint Proposed Voir Dire (Doc. 179). The Court will settle final jury instructions and the form of verdict at trial.

As to Defendant's Motion in Limine re: Permissible Damages Evidence (Doc. 182), counsel argue to the Court. The Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Expert Testimony (Doc. 183), counsel argue to the Court. The Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Events Occurring After Enrollment (Doc. 184), **IT IS ORDERED** denying the Motion as moot. As to Defendant's Amended Motion in Limine re: Incidents Post-Enrollment (Doc. 188), the Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine to Preclude Plaintiff from Presenting Evidecne of Kate Deily's Sensitive Personal Family Information (Doc. 185), the Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Spring Ridge Academy's Closure in 2023 (Doc. 186), the Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Jean Courtney's Ex-Husband's Work, Training, and Legal Matters (Doc. 187), the Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Other Litigation (Doc. 189), the Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Former Students Personal Experiences (Doc. 190), the Court takes the Motion UNDER ADVISEMENT. As to Defendant's Motion in Limine re: Suicide Death (Doc. 191), discussion held between counsel and the Court. The Court takes the Motion UNDER ADVISEMENT. 2:45 PM Court stands in recess.

2:47 p.m. Court resumes. The Court takes Defendant's Motion in Limine re: Legal Actions Involving Former Students (Doc. 192), Defendant's Motion in Limine re: Former Employees Criminal Matters (Doc. 193), and Defendant's Motion in Limine re: Tom Filsinger's Master's Thesis (Doc. 194) UNDER ADVISEMENT.

After discussion with the parties, **IT IS ORDERED** setting a FIRM JURY TRIAL to begin on May 28, 2024 at 9:00 a.m. Trial will be held May 28, 2024 – May 31, 2024, June 4, 2024 – June 7, 2024, and June 11, 2024 – June 14, 2024. The Plaintiffs will have until the close of business on Thursday, June 6, 2024 to present their case. Defendants may begin presenting their case at 9:00 a.m. on June 7, 2024.

**CV-21-08013-PCT-SPL**  **November 21, 2023**
**Sweidy v. Spring Ridge Academy et al**  Page 2 of 2

Deputy Clerk: Molly Williams  **1hr 38 minutes**
Court Reporter: Elva Cruz-Lauer  **Start:  1:25 pm**
  **Stop:   3:05 pm**