**GRASSO**
— LAW FIRM —
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Robert J. Lydford, Bar No. 030649
Michael B. Smith, Bar No. 014052
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com
Attorneys for Defendants Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Kate Deily

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy, | Case No: 3:21-cv-08013-SPL |
| Plaintiff, | |
| vs. | **ACCEPTANCE OF SERVICE OF TRIAL SUBPOENAS** |
| Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges, and Does 1 through 20, | |
| Defendants. | |

Michael B. Smith of GRASSO LAW FIRM, P.C., as counsel for Defendants Spring Ridge Academy and Kate Deily, hereby accepts service on behalf of Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Defendant Kate Deily of the Trial Subpoenas provided to Defendants' Counsel by Plaintiff on April 5, 2024 in the above-captioned matter, as though said Trial Subpoenas had been personally served upon Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Defendant Kate Deily.

/ / /

/ / /

/ / /

1

RESPECTFULLY SUBMITTED this 22nd day of April, 2024.

**GRASSO LAW FIRM, P.C.**

By  /s/Michael B. Smith
Robert Grasso, Jr.
Robert J. Lydford
Michael B. Smith
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
  Attorneys for Defendants Spring Ridge
  Academy, Jean Courtney, Suzanne Courtney,
  Brandon Courtney, Erin Smith, Leslie
  Filsinger, Justin Zych, and Kate Deily