IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Sweidy, | No. CV-21-08013-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Spring Ridge Academy, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Strike (Doc. 224) in which they argue that recently disclosed exhibits and witness names are untimely. Also before the Court is Defendants' notice requesting an expedited determination of the Motion. (Doc. 225). Given that this matter is set to begin trial on May 28, 2024, the Court will order an expedited timeline for Plaintiff to respond.

Accordingly,

**IT IS ORDERED** that if Plaintiff wishes to respond to Defendants' Motion to Strike (Doc. 224), she must file any such response by **May 15, 2024.**

Dated this 8th day of May, 2024.

Honorable Steven P. Logan
United States District Judge