**GRASSO**
— LAW FIRM —

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Robert J. Lydford, Bar No. 030649
Michael B. Smith, Bar No. 014052
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendants Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Kate Deily

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Kimberly R. Sweidy, | Case No: 3:21-cv-08013-SPL |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS SPRING RIDGE ACADEMY AND KATE DEILY'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |
| Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges, and Does 1 through 20, | |
| Defendants. | |

Defendants Spring Ridge Academy and Kate Deily ("Defendants"), by and through undersigned counsel, hereby submit their objections to Plaintiff's Deposition Designations sent to Defendants by way of e-mail on April 12, 2024. Plaintiff originally designated the entire transcript of each of the witnesses listed below without any specific page/line citations in the Joint Proposed Final Pretrial Order (Doc 177). At the request of Defendants and in conformity with the Court's rulings on Defendants Motions *in Limine* [Doc 215], Plaintiffs provided highlighted deposition transcripts on April 12, 2024 reflecting the specific page/line citations set forth below. Defendants therefore address their objections to Plaintiff's deposition page/line designations for use at trial based upon the versions

1

provided to Defendants on April 12, 2024. Defendants have been informed that Plaintiff submitted highlighted depositions based upon their original intent to designate each witness's entire testimony, even though those highlighted transcripts to do not include all of the testimony in each deposition. Plaintiff has never provided a listing of specific page/line designations for Defendants to reference and there are pages of additional testimony highlighted on those depositions which are not in the set of highlighted depositions provided on April 12, 2024. Defendants object to that over-designation of testimony provided to the Court on May 8, 2024. In addition and as a general matter, Defendants object to the use of deposition designations of live trial witnesses.

**Plaintiff's designation of deposition testimony from the deposition of Veronica Borges taken on February 10, 2022**

| Page:Line No. | Objections |
|---|---|
| 8:16-9:24 | |
| 9:25-10:20 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time |
| 11:18-12:25 | |
| 13:1-14:7 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 14:24-15:13 | |
| 16:3-16:5 | |
| 16:6-13 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 30:6-24 | FRE 106 Add 30:25-31:4 for completeness, avoid confusion |
| 31:5-20 | |
| 32:2-12 | |
| 33:23-34:9 | |
| 37:5-23 | FRE 106 Add 37:3-37:4 for completeness, avoid confusion. |
| 38:1-39:9 | |
| 42:14-25 | FRE 106 Add 42:6-42:13 for completeness, avoid confusion. |
| 43:11-20 | FRE 106 Add 43:11-43:20 for completeness, avoid confusion. |
| 48:8-23 | FRE 106 Add 47:18-48:7 for completeness, avoid confusion. |
| 50:17-51:4 | |
| 53:24-56:16 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 57:17-60:1 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 62:6-64:1 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 67:13-68:2 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 69:2-7 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 71:12-72:5 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 73:10-75:12 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time |
| 76:18-25 | FRE 402 Relevance; FRE 403 Confusion, waste of time |
| 77:2-3 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 79:3-12 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 85:4-9 | |
| 86:6-89:12 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |

**Plaintiff's designation of deposition testimony from the deposition of Veronica Borges taken on February 10, 2022**

| Page:Line No. | Objections |
| --- | --- |
| 90:5-94:15 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 102:1-104:8 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 108:18-109:11 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 111:3-17 | FRE 106 Add 111:18-111:23 for completeness, avoid confusion. |
| 114:1-16 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 118:7-119:19 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 120:16-25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 122:19-125:15 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; Ruling on MIL No. 11 (Doc 215 at 25:18). |
| 126:10-22 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 126:25-128:24 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 130:8-131:1 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 132:20-133:12 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 133:17-25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 134:9-135:12 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 145:5-146:15 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 149:20-150:9 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 154:11-22 | |
| 156:7-15 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 167:1-24 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 168:1-5 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 168:14-169:14 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 171:1-6 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |

**Plaintiff's designation of deposition testimony from the deposition of Brandon Courtney taken on February 8, 2022**

| Page:Line No. | Objections |
| --- | --- |
| 12:8-14:21 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; Ruling on Motion *in Limin* No. 6 (Doc 215 at 15:27-16:5). |
| 16:1-10 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 42:14-44:4 | |
| 62:17-64:25 | |
| 86:3-88:25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. FRE 106 Add 89:1-90:2 for completeness if permitted. |

| Page:Line No. | Objections |
|---|---|
| 98:4-99:1 | |
| 104:8-111:25 | FRE 106 Add 112:1 to complete the answer. |
| 127:2-128:5 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 136:14-19 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 141:1-143:22 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 802 inadmissible hearsay. |
| 148:13-151:1 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 151:2-152:12 | FRE 106 Add 152:13-152:16 to complete the answer. |
| 153:11-154:23 | FRE 106 Add 154:24-155:2 to complete the answer. |
| 160:4-25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 161:20-24 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 162:22-163:22 | |
| 186:6-187:3 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |

**Plaintiff's designation of deposition testimony from the deposition of Jean Courtney taken on February 8, 2022**

| Page:Line No. | Objections |
|---|---|
| 10:1-11:10 | FRE 402 Relevance; FRE 403 Confusion, waste of time |
| 11:25-20:25 | FRE 402 Relevance; FRE 403 Confusion, waste of time |
| 33:21-34:12 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 35:4-38:9 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 40:19-40:25 | FRE 403 Confusion, unfair prejudice, argumentative; Misstates prior testimony. If allowed, then FRE 106 Add 41:1-4 for completeness. |
| 46:1-47:15 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time, argumentative. |
| 50:17-57:23 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; Ruling on MIL No. 6 (Doc 215 at 15:27-16:5). |
| 72:25-73:6 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice. |
| 73:12-74:5 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice. |
| 74:21-74:25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice. If permitted, then FRE 106 Add 75:8-75:9 for completeness. |

**Plaintiff's designation of deposition testimony from the deposition of Suzanne Courtney taken on February 7, 2022**

| Page:Line No. | Objections |
|---|---|
| 24:6-25:25 | |
| 43:2-44:6 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 71:17-72:16 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 72:20-73:20 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 76:1-78:18 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 79:10-25 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 80:7-20 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 84:3-13 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 87:6-22 | |
| 91:5-15 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 92:4-14 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 95:1-96:7 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |

**Plaintiff's designation of deposition testimony from the deposition of Suzanne Courtney taken on February 7, 2022**

| Page:Line No. | Objections |
|---|---|
| 97:14 | |
| 102:3-24 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 103:10-25 | |
| 104:2-11 | |
| 104:23-25 | |
| 110:22-25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 111:1-5 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice waste of time. |
| 124:2-14 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 141:4-25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 158:8-17 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 162:21-163:12 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 174:7-175:19 | FRE 402 Relevance; FRE 403 Confusion, waste of time, argumentative; FRE 602 Foundation. |
| 202:24-203:8 | FRE 402 Relevance; FRE 403 Confusion, waste of time. If permitted, FRE 106 Add 202:19-23 to avoid confusion. |
| 203:14-20 | |
| 210:4-11 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 214:15-215:15 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 217:4-19 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 271:6-272:1 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |

**Plaintiff's designation of deposition testimony from the deposition of Kate Deily taken on February 11, 2022**

| Page:Line No. | Objections |
|---|---|
| 8:10-8:14 | |
| 8:15-9:8 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 9:9-9:21 | |
| 9:22-9:25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 11:1-13 | |
| 13:2-9 | |
| 13:20-14:9 | |
| 16:14-24 | FRE 106 Add 16:25-17:3 for completeness. |
| 17:4-15 | |
| 19:5-20:16 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation. |
| 19:13-19:17 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation; FRE 701 Calls for speculation. |
| 19:18-20:16 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation. |
| 21:23-23:17 | |
| 24:1-25 | |
| 26:24-27:17 | |
| 31:6-24 | |
| 32:1-33:19 | |

**Plaintiff's designation of deposition testimony from the deposition of Kate Deily taken on February 11, 2022**

| Page:Line No. | Objections |
|---|---|
| 33:25-34:23 | |
| 35:1-25 | |
| 36:13-20 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 37:5-6 | |
| 37:13-18 | FRE 106 Add 37:19-37:22 for completeness (rest of the response). |
| 38:7-9 | |
| 39:5-9 | |
| 41:16-21 | |
| 44:19-25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. If permitted, then FRE 106 Add 45:1 for completeness (the response). |
| 46:1-6 | |
| 46:11-47:24 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 802 Inadmissible hearsay. |
| 47:25-51:7 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 802 Inadmissible hearsay. |
| 51:8-52:22 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 52:23-54:6 | |
| 57:4-61:15 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 62:4-10 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time, argumentative. |
| 65:4-22 | |
| 66:6-15 | |
| 68:15-69:16 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 802 Inadmissible hearsay. |
| 74:12-75:17 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 75:18-77:12 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 802 Inadmissible hearsay. |
| 77:13-79:2 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 802 Inadmissible hearsay; misstates prior testimony. |
| 79:3-79:9 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 80:4-81:20 | |
| 81:21-81:24 | FRE 403 Argumentative. If permitted, then FRE 106 Add the answer at 82:2. |

**Plaintiff's designation of deposition testimony from the deposition of Leslie Filsinger taken on February 11, 2022**

| PageLine No. | Objections |
|---|---|
| 13:6-17 | |
| 28:4-30:13 | |
| 30:14-31:8 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 31:9-32:24 | |
| 33:12-24 | |
| 35:1-11 | |

| Plaintiff's designation of deposition testimony from the deposition of Leslie Filsinger taken on February 11, 2022 | |
|---|---|
| Page:Line No. | Objections |
| 39:2-7 | |
| 39:9-16 | |
| 40:18-41:16 | |
| 42:2-9 | |
| 52:22-53:6 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 56:11-23 | FRE 402 Relevance; FRE 403 Confusion, waste of time, argumentative; FRE 701 Calls for speculation. |
| 57:13-58:13 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 59:4-24 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 60:14-62:3 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 63:7-66:25 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 67:6-68:1 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time, argumentative. |
| 68:23-69:3 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 69:11-70:24 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 71:23-73:3 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 75:6-78:25 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 80:2-82:18 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 83:16-84:17 | |
| 85:8-14 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 91:20-92:3 | |
| 92:13-93:6 | |

| Plaintiff's designation of deposition testimony from the deposition of Erin Smith taken on February 9, 2022 | |
|---|---|
| Page:Line No. | Objections |
| 50:1-51:19 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 51:20-52:13 | |
| 52:14-56:16 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation; FRE 701 Calls for speculation. |
| 58:24-62:4 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation; FRE 701 Calls for speculation |
| 65:2-69:19 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation; FRE 701 Calls for speculation |
| 73:2-74:8 | FRE 402 Relevance; FRE 403 Confusion, waste of time; FRE 602 Foundation; |
| 80:1-82:11 | FRE 402 Relevance; FRE 403 Confusion, waste of time; FRE 602 Foundation; FRE 701 Calls for speculation |
| 82:21-84:14 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time; FRE 602 Foundation. |

| Plaintiff's designation of deposition testimony from the deposition of Rene Rearden Sweidy Stata taken on August 10, 2022 ||
|---|---|
| **Page:Line No.** | **Objections** |
| Exhibit 3 – Declaration | Plaintiff's designation of a Declaration prepared by Plaintiff's counsel and signed by Ms. Stata as deposition testimony is improper and should not be allowed. This was not listed in either Plaintiff's original designations of deposition testimony or list of exhibits in the Joint Proposed Final Pretrial Order (Doc 177). FRE 106 Additionally, Plaintiff has not designated any specific portions of this Declaration, which contains statements that are barred pursuant to FRE 402 pertaining to irrelevant issues and are otherwise objectionable pursuant to FRE 403 and FRE 802, are argumentative and lack foundation. |
| 12:1-25 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 13:8-19 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 30:6-15 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 33:3-14 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 34:1-35:21 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 36:1-6 | |
| 49:8-17 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 50:9-14 | FRE 402 Relevance; FRE 403 Confusion, unfair prejudice, waste of time. |
| 55:23-56:18 | FRE 402 Relevance; FRE 403 Confusion, waste of time; FRE 701 Calls for speculation. |
| 57:4-16 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 72:18-74:6 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 75:16-78:4 | |
| 84:22-85:9 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 88:15-92:6 | |
| 93:12-96:18 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 100:4-103:2 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 105:2-106:24 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 108:3-113:9 | FRE 402 Relevance; FRE 403 Confusion, waste of time; counsel is testifying; |
| 113:10-121:20 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 121:21-123:2 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation; FRE 802 Inadmissible hearsay. |
| 123:3-124:10 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 124:11-127:7 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation; FRE 802 Inadmissible hearsay |
| 127:8-134:4 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 134:5-137:18 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 611 Leading; FRE 701 Calls for speculation. |
| 137:19-141:16 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 142:6-144:25 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 147:14-152:11 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 152:12-155:17 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation. |

**Plaintiff's designation of deposition testimony from the deposition of Rene Rearden Sweidy Stata taken on August 10, 2022**

| Page:Line No. | Objections |
|---|---|
| 155:21-156:5 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 163:21-166:11 | FRE 402 Relevance; FRE 403 Confusion, waste of time FRE 602 Foundation; FRE 701 Calls for speculation. |
| 166:24-167:21 | FRE 402 Relevance; FRE 403 Confusion, waste of time; FRE 602 Foundation; FRE 802 Inadmissible hearsay. |

**Plaintiff's designation of deposition testimony from the deposition of Justin Zych taken on February 10, 2022**

| Page:Line No. | Objections |
|---|---|
| 13:5-14 | |
| 14:13-20 | |
| 15:4-15 | |
| 16:4-8 | |
| 16:13-18 | |
| 17:24-19:25 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 21:16-23:18 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 26:16-23 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 29:1-6 | FRE 403 Confusion, foundation. |
| 32:9-11 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 35:5-14 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 35:17-36:4 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 37:8-13 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 42:19-42:1 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 42:2-42:3 | FRE 402 Relevance; FRE 403 Confusion, waste of time. ER 3.4(e) Counsel is testifying |
| 42.4-43.3 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 45:7-17 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 46:6-24 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 47:22-49:16 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 50:6-15 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 52:14-54:12 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 54:18-55:2 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 55:18-57:17 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |
| 58:5-17 | FRE 402 Relevance; FRE 403 Confusion, waste of time. |

RESPECTFULLY SUBMITTED this 26th day of May, 2024.

**GRASSO LAW FIRM, P.C.**

By      /s/Michael B. Smith
Robert Grasso, Jr.
Robert J. Lydford
Michael B. Smith
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorneys for Defendants Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Kate Deily