**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** June 4, 2024 |
| **Case Number:** CV-21-08013-PCT-SPL | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

## JURY TRIAL – DAY 5

9:09 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is not present. Trial matters discussed. 9:24 am. Jury is present. Erin Smith, previously sworn, resumes the stand and is cross-examined and examined. Brandon Courtney is sworn and examined. 10:30 a.m. Court stands in recess.

10:47 a.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Brandon Courtney resumes the stand and is further examined and cross-examined. 11:52 a.m. Court stands in recess.

1:02 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Justin Zych is sworn, examined, and cross-examined. Troy Williams is sworn, examined, cross-examined, and excused. Molly Elizabeth Adkins is sworn and examined. 2:26 p.m. Jury is excused and court remains in session. 2:31 p.m. Court stands in recess.

2:50 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Molly Elizabeth Adkins resumes the stand and is further examined, cross-examined and excused. Maisy Brooks Morehead is sworn, examined, cross-examined, and excused. Emma Jasmine Kerrigan is sworn and examined. 4:28 p.m. Jury is excused and court remains in session.

4:30 p.m. Court stands in recess until 9:00 a.m. on Wednesday, June 5, 2024.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 5h 28m** |
| Court Reporter: Elva Cruz-Lauer (AM); Teri Veres (PM) | **Start: 9:09 am** |
| | **Stop: 4:30 pm** |