**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** June 5, 2024 |
| **Case Number:** CV-21-08013-PCT-SPL | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

## JURY TRIAL – DAY 6

9:00 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Emma Jasmine Kerrigan, previously sworn, resumes the stand and is further examined and cross-examined and excused. Amiee Yelinek is sworn and examined, cross-examined, and excused. Dr. John Alexander Hunter is sworn and examined. 10:29 a.m. Court stands in recess.

10:50 a.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Dr. John Alexander Hunter resumes the stand and is further examined, cross-examined, and excused. Kimberly Sweidy is sworn. 11:33 a.m. Court stands in recess.

1:00 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Sweidy resumes the stand and is examined. 2:24 p.m. Court stands in recess.

2:47 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Sweidy resumes the stand and is further examined. 3:29 p.m. Court stands in recess.

3:46 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Sweidy resumes the stand and is further examined. 4:30 p.m. Jury is excused, and court remains in session. Discussion held regarding witness scheduling.

4:34 p.m. Court stands in recess until 9:00 a.m. on Thursday, June 6, 2024.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 5h 28m** |
| Court Reporter: Elva Cruz-Lauer (AM); Cathy Taylor (PM) | **Start: 9:00 am** |
| | **Stop: 4:34 pm** |