**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:** Steven P. Logan　　　　　　　　**Date:** June 6, 2024

**Case Number:** CV-21-08013-PCT-SPL

**Sweidy v. Spring Ridge Academy et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

## JURY TRIAL – DAY 7

9:00 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Rene Sweidy, previously sworn, resumes the stand and is further examined. 10:24 a.m. Court stands in recess.

10:47 a.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Sweidy resumes the stand and is further examined. 11:58 a.m. Court stands in recess.

1:16 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is not present. Discussion held regarding Plaintiff's calling two expert witnesses out of order. 1:21 p.m. Jury is present. Dr. James K. Flens is sworn, examined, cross-examined, and excused. Dr. Janice Haaken is sworn and examined. 2:45 p.m. Court stands in recess.

3:00 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Dr. Janice Haaken resumes the stand and is further examined, cross-examined, and excused. Kimberly Rene Sweidy resumes the stand and is further examined. 4:16 p.m. Jury is excused.

4:16 p.m. Court stands in recess until 9:00 a.m. on Friday, June 7, 2024.

Deputy Clerk: Molly Williams　　　　　　　　　　　　　　　　　　**Jury Tr: 5h 20m**
Court Reporter: Elva Cruz-Lauer (AM); Teri Veres (PM)　　　　　　**Start:  9:00 am**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Stop:   4:16 pm**