**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** June 7, 2024 |
| **Case Number:** CV-21-08013-PCT-SPL | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

### JURY TRIAL – DAY 8

9:30 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. **FOR THE DEFENSE:** Dr. Martin Williams is sworn, examined, cross-examined, and excused. 10:46 a.m. Court stands in recess.

11:02 a.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Dr. Jared Balmer is sworn, examined, and cross-examined. 12:14 p.m. Court stands in recess.

1:30 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Dr. Jared Balmer resumes the stand and is further examined and cross-examined and excused. **FOR THE PLAINTFF (resumed)**: Kimberly Rene Sweidy, previously sworn, resumes the stand and is cross-examined. 2:45 p.m. Court stands in recess.

3:17 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Rene Sweidy resumes the stand and is further cross-examined. 3:58 p.m. Jury is excused

4:01 p.m. Court stands in recess until 9:00 a.m. on Tuesday, June 9, 2024.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 4h 20m** |
| Court Reporter: Teri Veres (AM); Cathy Taylor (PM) | **Start: 9:30 am** |
| | **Stop: 4:01 pm** |