**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:  Steven P. Logan**                    **Date: June 11, 2024**

**Case Number: CV-21-08013-PCT-SPL**

**Sweidy v. Spring Ridge Academy et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Mara Smith Allard** | **Michael B. Smith** |
| | **Kimberly Rene Sweidy** | **Robert Grasso** |

**JURY TRIAL – DAY 9**

9:06 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present.  Kimberly Rene Sweidy, previously sworn, resumes the stand and is further cross-examined. 10:29 a.m. Court stands in recess.

10:47 a.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Kimberly Rene Sweidy resumes the stand and is further cross-examined. Defendant's Exhibit 343 is marked and admitted.  11:55 a.m. Jury is excused. Discussion held regarding witness scheduling.  11:56 a.m. Court stands in recess.

1:16 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. **FOR THE DEFENDANT (resumed):**  Leslie Filsinger, previously sworn, resumes the stand and is examined, cross-examined,  and excused. **FOR THE PLAINTIFF (resumed):**  Kimberly Rene Sweidy resumes the stand and is further cross-examined. 2:38 p.m. Court stands in recess.

3:04 p.m. Court reconvenes.  Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present.  Kimberly Rene Sweidy resumes the stand and is further cross-examined and examined. 4:06 p.m. Jury is excused and court remains in session. Discussion held regarding witness and trial scheduling.

4:12 p.m. Court stands in recess until 9:00 a.m. on Wednesday, June 12, 2024.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 5h 2m** |
| Court Reporter: Cathy Taylor (AM); Elva Cruz-Lauer (PM) | **Start:  9:06 am** |
| | **Stop:   4:12 pm** |