**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| U.S. District Judge: Steven P. Logan | Date: June 12, 2024 |
| Case Number: CV-21-08013-PCT-SPL | |
| Sweidy v. Spring Ridge Academy et al | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

**JURY TRIAL – DAY 10**

9:04 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present.  Kimberly Rene Sweidy, previously sworn, resumes the stand and is further examined. Plaintiff rests. **FOR THE DEFENDANT (resumed):** Kate Deily, previously sworn, resumes the stand and is examined and cross-examined. 10:23 a.m. Court stands in recess.

10:46 a.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. Defense rests. 10:47 a.m. Jury is excused and court remains in session. Verdict and final jury instructions are settled. Argument heard on Defendant's Rule 50(a) Motion (Doc. 263). For the reasons stated on the record, **IT IS ORDERED** denying Defendant's Rule 50(a) Motion. 11:28 a.m. Court stands in recess.

12:58 p.m. Court reconvenes. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is not present. Trial matters discussed. Jury is now present. Plaintiff presents closing arguments. 2:31 p.m. Court stands in recess.

2:52 p.m. Court reconvenes.  Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present.  Closing arguments presented.

4:25 p.m. Court stands in recess until 9:00 a.m. on Thursday, June 13, 2024.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 5h 7m** |
| Court Reporter: Teri Veres (AM); Elva Cruz-Lauer (PM) | **Start:  9:04 am** |
| | **Stop:   4:25 pm** |