**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** June 13, 2024 |
| **Case Number:** CV-21-08013-PCT-SPL | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

### JURY TRIAL – DAY 11

9:01 a.m. Court is in session. Counsel are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present.  Final instructions read to the Jury. 9:27 a.m. Jury is excused to begin deliberations. Trial matters discussed. 9:33 a.m. Court stands in recess.

*9:30 a.m. Jury begins deliberations. 11:07 a.m. Jury takes a break.  11:21 a.m. Jury resumes deliberations. 12:37 p.m. Jury takes a break. 1:30 p.m. Jury resumes deliberations. 4:30 p.m. Jury is excused.*

4:30 p.m. Court stands in recess until 9:00 a.m. on Friday, June 14, 2024.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 26m** |
| Court Reporter: Elva Cruz-Lauer (AM) | **Start: 9:01 am** |
| | **Stop:  9:27 pm** |