**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** June 14, 2024 |
| **Case Number:** CV-21-08013-PCT-SPL | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Mara Smith Allard | Michael B. Smith |
| | Kimberly Rene Sweidy | Robert Grasso |

**JURY TRIAL – DAY 12**

*9:00 a.m. Jury resumes deliberations. 10:31 a.m. Jury takes a break. 10:51 a.m. Jury resumes deliberations. 11:06 am Jury has reached a verdict.*

11:32 a.m. Court begins. Counsel for Defendants are present. Plaintiff Kimberly Rene Sweidy present. Defendant Kate Deily present. Spring Ridge Academy Client Representative Suzanne Courtney present. Jury is present. The Court is informed that the Jury has reached a verdict. Verdict is read into the record. Jury is polled. Judgement is entered in favor of Plaintiff and against Defendant Spring Ridge Academy as to Count I(A) in the amount of $25,000.00, as to Count II(A) in the amount of $25,000.00, and $2,500,000.00 in punitive damages. Judgement is entered in favor of Plaintiff and against Defendant Kate Deily as to Counts I(C) and II(B). 11:38 a.m. Jury is thanked for their service and released from admonition.

11:39 a.m. Court is adjourned.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **Jury Tr: 7m** |
| Court Reporter: Elva Cruz-Lauer (AM) | **Start: 11:32 am** |
| | **Stop: 11:39 am** |