# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R Sweidy,<br><br>    Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, et al.,<br><br>    Defendants. | **NO. CV-21-08013-PCT-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 14, 2024, judgment is entered in favor of Plaintiff and against Defendant Spring Ridge Academy as to Count I(A) in the amount of $25,000.00, as to Count II(A) in the amount of $25,000.00, and $2,500,000.00 in punitive damages. Judgment is entered in favor of Plaintiff and against Defendant Kate Deily as to Counts I(C) and II(B).

Debra D. Lucas
District Court Executive/Clerk of Court

June 17, 2024

By   s/ E. Aragon
        Deputy Clerk
