FILED ✓ ___ LODGED
RECEIVED ___ COPY

JUN 14 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kimberly Sweidy,

        Plaintiff,

vs.

Spring Ridge Academy, et al.,

        Defendants.

No. CV-21-08013-PHX-SPL

**VERDICT**

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find:

**COUNT I:**

A. **Plaintiff's Assertion of Actual Fraud against Defendant Spring Ridge Academy (check one)**

Liable __✓__   Not Liable _____

In the amount of $ _25,000.00_

B. **Plaintiff's Assertion of Actual Fraud against Defendant Kate Deily (check one)**

Liable _____   Not Liable __✓__

In the amount of $ __0__

C. Plaintiff's Assertion of Constructive Fraud against Defendant Spring Ridge Academy (check one)

Liable ✓    Not Liable _____

In the amount of $ -0-

**COUNT II:**

A. Plaintiff's Assertion of Consumer Fraud against Defendant Spring Ridge Academy (check one)

Liable ✓    Not Liable _____

In the amount of $ 25,000.00

B. Plaintiff's Assertion of Consumer Fraud against Defendant Kate Deily (check one)

Liable ✓    Not Liable _____

In the amount of $ -0-

**PUNITIVE DAMAGES**

**Plaintiff's Assertion of Punitive Damages (use only if you find against Spring Ridge Academy or Kate Deily on any of the above claims) (check one)**

DO NOT award punitive damages _____

DO award punitive damages ✓

In the amount of $ 2.5 million

6/14/2024                                              2
DATE                                          FOREPERSON NUMBER

2