**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges, and Does 1 through 20,<br><br>Defendants. | Case No: 3:21-cv-08013-SPL<br><br>**ORDER GRANTING DEFENDANTS SPRING RIDGE ACADEMY AND KATE DEILY'S MOTION TO REDACT THE NAMES OF INDIVIDUALS IDENTIFIED ON MAY 29, 2024, DAY 2 PM OF TRIAL FROM THE TRIAL TRANSCRIPT** |

At issue is Defendants' Motion to Redact the Names of Individuals Identified on May 29, 2024, Day 2 PM of Trial, from the Trial Transcript. Upon review and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion to Redact the Names of Individuals Identified on May 29, 2024, Day 2 PM of Trial, from the Trial Transcript; and

**IT IS FURTHER ORDERED** that the names of the individuals identified on pages 17:13 through 22:11 of the May 29, 2024, Day 2 PM, shall be redacted from the Trial Transcript.