| ✎AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME<br>Sebastian | 2. PHONE NUMBER<br>332-203-7748 | 3. DATE<br>06-28-2024 | |
|---|---|---|---|
| 4. FIRM NAME<br>HuffPost | | | |
| 5. MAILING ADDRESS<br>111 18th St. | 6. CITY<br>New York | 7. STATE<br>NY | 8. ZIP CODE<br>11206 |
| 9. CASE NUMBER<br>CV-21-08013-PHX-SPL | 10. JUDGE<br>Steven P. Logan | DATES OF PROCEEDINGS<br>11. 05/28/2024 | 12. 06/14/2024 |
| 13. CASE NAME<br>Swiedy vs. Spring Ridge Academy | | LOCATION OF PROCEEDINGS<br>14. CITY Phoenix | 15. STATE AZ |

16. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☑ OPENING STATEMENT (Plaintiff) | 05-29-2024 | See attachment | |
| ☑ OPENING STATEMENT (Defendant) | 05-29-2024 | See attachment | |
| ☑ CLOSING ARGUMENT (Plaintiff) | 06-10-2024 | ☐ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | 06-11-2024 | See attachment | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3-Day Transcript | ☐ | ☑ | | | |
| Next-Day (Daily) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | E-MAIL ADDRESS<br>Sebastian.Murdock@HuffPost.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  Sebastian Murdock

20. DATE  06-28-2024

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY