Mara C. Smith Allard (*pro hac vice*)  
Allard Smith APLC  
521977 Highway 79 # 648  
Santa Ysabel, CA 92070-9601  
SBN California 159294  
Facsimile: (760) 683-6307  
Email: mara@allardsmith.com  
Telephone: (760) 448-6189  

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)  
Kimberly R. Sweidy, Attorney at Law  
3478 Rambow Drive  
Palo Alto, CA 94306-3638  
SBN California 120261  
Facsimile: (650) 899-3336  
Email: krsweidy@yahoo.com  
Telephone: (650) 856-8595  

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>　　　　Defendants. | Case No. CV-21-08013-PCT-SPL<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO REDACT THE NAMES OF INDIVIDUALS IDENTIFIED ON MAY 29, 2024, DAY 2 PM OF TRIAL FROM THE TRIAL TRANSCRIPT (DOC. 286)** |

　　　Plaintiff Kimberly R. Sweidy responds to Defendants Spring Ridge Academy (SRA) and Kate Deily's Motion to Redact The Names Of Individuals Identified On May 29, 2024, Day 2 PM Of Trial From Trial Transcript (Doc. 286).  Ms. Sweidy asks the Court to ***deny*** Defendants' Motion.

**FACTS**

There is no legal, equitable, or ethical basis to grant this Motion. Defendants have no legal standing, if such exists, to make this Motion. During the three week Jury Trial, there was no evidence that Defendants have any actual care or concern regarding the privacy of any family (or its individual members) formerly enrolled at SRA.

Defendants' historical and continued attempts to silence Ms. Sweidy and past students, parents, and families (for 25 years) evidence an intent by Defendants and their Insurance Company, Philadelphia Indemnity Insurance Company, to minimize their exposure to wrongful death actions (and any and all applicable legal actions) potentially brought by members of the deceased students' families against SRA and individuals working for SRA, as well as lawsuits by ex-students, ex-parents, and ex-legal guardians, including for the very same causes of action alleged by Ms. Sweidy in her Complaint, including Actual Fraud, Constructive Fraud, and Consumer Fraud, all three of which the Jury found SRA guilty of, and the last of which the Jury found Kate Deily guilty of.

Ms. Sweidy researched and verified the identities of the deceased students prior to Trial, as explained and described in Ms. Sweidy's Declaration (Exhibit 1).

Ms. Sweidy requests that the Court *deny* Defendants' Motion To Redact.

Respectfully submitted this 1st day of July, 2024.

/s/ Mara C. Smith Allard
Mara C. Smith Allard *pro hac vice*
**Allard Smith APLC**
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189
*Attorney for Plaintiff Sweidy*

and

///
///

*Kimberly R Sweidy*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595
*in pro per*