Exhibit 1

Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>  Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>  Defendants. | Case No. CV-21-08013-PCT-SPL<br><br>**DECLARATION OF KIMBERLY R. SWEIDY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO REDACT THE NAMES OF INDIVIDUALS IDENTIFIED ON MAY 29, 2024, DAY 2 PM OF TRIAL FROM THE TRIAL TRANSCRIPT (DOC. 286)** |

I, Kimberly R. Sweidy, under penalty of perjury, declare that the following is true and correct to the best of my information and belief:

///

///

**BACKGROUND**

On November 21, 2023, at 1:30 PM, this Court conducted a Final Pretrial Conference that I attended. The Court also heard Oral Argument on the Defendants' 12 Motions in Limine.

The evidence of deceased ex-Spring Ridge Academy (SRA) students was discussed at Page 43, Starting at Line 18, through Page 44, Ending at Line 21 (Exhibit A).

This Court specifically asked me if I had evidence about the number of deceased ex-SRA students, and I indicated that I only had anecdotal evidence.

In anticipation of Trial, on April 8, 2024, I reached out to my contacts (ex-SRA students) to ask that they poll their ex-SRA classmates with whom they were still in contact. I asked that we compile a list of the deceased ex-SRA students that those classmates were aware of. I well recognized that this would be only a partial list, but still a starting point.

On April 8, 9, and 10, I conducted the worst research project of my life. I compiled and confirmed the names that were being provided to me. This research project was exhausting and traumatic for me and for those providing me with the information.

By April 10, I had to stop because I was experiencing physical and emotional symptoms of extreme distress and trauma, including shaking, inability to concentrate, inability to sleep, and overwhelming dread. On April 11, I turned my attention to walking and dancing, as well as resting.

During the research, I verified the identities of the deceased students whose names were being provided to me by their ex-classmates. While conducting on-line searches of the deceased students, I discovered that some of their friends and families were open and honest about the cause of death of the deceased students, just as I was open and honest during Trial about the facts and circumstances surrounding my only sibling, my brother, taking his own life. In other cases, the death was covered by the media.

Here are the frank details that my research uncovered.

///

Karina Berman (suicide):

   https://theblackandwhite.net/67864/opinion/mourning-during-a-pandemic/

Sarah Elizabeth Rehm (legally drunk when killed in car accident):

   https://www.eastbaytimes.com/2007/05/14/blood-test-finds-teen-killed-in-moraga-crash-was-legally-drunk/

Truly Louise McKirgan ("fierce, eight-year battle with heroin addiction"):

   http://funeralinnovations.com/obituary/363461/Truly-Mckirgan/

Marisa Sloane Weiss (victim of convicted SRA employee David John Moore, accidental death by alcohol intoxication):

   https://www.hollywoodlanews.com/marisa-weiss-dead/

Victoria Taylor Sassos "Tori" ("due to complications of a long-term illness"):

   https://www.beardenfuneralhome.com/memorials/victoria-sassos/3562147/obituary.php

Patricia Grace Jewett "Patsy" (took her own life after a long battle with depression and addiction):

   https://www.monarchsociety.com/obituary/patricia-jewett

Jessica "Jessie" Vogel ("This took a toll on Jessica and over the years; she would escape to drugs and alcohol."):

   https://obits.nj.com/us/obituaries/starledger/name/jessica-vogel-obituary?id=11069987

Chloe Shellady ("Yet she was no match for the horrendous power of heroin. From the time she started smoking heroin (she didn't inject) until her death, was a mere 15 months."):

   https://heroinsupport.org/illinois-memorials/28-illinois-memorials/253-2014-10-24-chloe-shelladyage-17-yrs-chicago-illinois

I discovered that Jillian Estefana Anzaldua "Jilly" died on the same day that the California Family Law Judge ordered my daughter back to SRA against my parental rights, authority, and will.

The results of the worst research project of my life were then used at Trial as the reality that SRA concealed from parents and prospective parents.

Dated this 1ˢᵗ day of July, 2024, at Palo Alto, California.

*Kimberly R Sweidy*

By:
Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595
*in pro per*

Exhibit A

```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA

                    _____

Kimberly Sweidy,                )
                                )
            Plaintiff,          )    3:21-cv-08013-SPL
                                )
      vs.                       )    Phoenix, Arizona
                                )    November 21, 2023
Spring Ridge Academy, et al.,   )       1:24 p.m.
                                )
            Defendants.         )
                                )
_____)

         BEFORE:  THE HONORABLE STEVEN P. LOGAN, JUDGE



              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  FINAL PRETRIAL CONFERENCE
```

Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona  85003-2151
(602) 322-7261

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | A P P E A R A N C E S                                        |
| 2  | For the Plaintiff:                                           |
| 3  | Kimberly R. Sweidy Attorney at Law<br>By:  KIMBERLY R. SWEIDY, ESQ. |
| 4  | 3478 Rambow Drive<br>Palo Alto, CA   94306-3638              |
| 5  |                                                              |
| 6  | Allard Smith APLC<br>By:  MARA SMITH ALLARD, ESQ.<br>5857 Owens Ave., Ste. 300 |
| 7  | Carlsbad, CA   92008                                         |
| 8  |                                                              |
| 9  | For the Defendants:                                          |
| 10 | Grasso Law Firm PC<br>By: MICHAEL B. SMITH, ESQ.<br>    ROBERT GRASSO, JR., ESQ. |
| 11 | 2250 E. Germann Rd., Ste. 10<br>Chandler, AZ   85286         |

```
2:27:22PM  1   students that are concealed from parents, misled parents, is
           2   crucial.  And I refer to my briefing on this matter.
           3            It is very extensive.  This was a concern to me and
           4   why I pulled my daughter from Spring Ridge Academy, because I
2:27:41PM  5   learned from past students about this issue that had been not
           6   disclosed to parents of the large number of graduates killing
           7   themselves, ending up with substance abuse, ending up in
           8   abusive relationships and other destructive behaviors.
           9            And it was frightening.  And my daughter has already
2:27:59PM 10   lost one of her classmates to -- her big sister in the program,
          11   has already lost her to suicide.
          12            This was something that was never told to us, and this
          13   is one of the reasons that I pulled my daughter from the school
          14   on February 3rd, 2020, when it was revealed to me by past
2:28:14PM 15   survivors, that this is something that they all live with, a
          16   great number, the statistically relevant number of their
          17   classmates who are now dead.
          18            THE COURT:  Ma'am, I have Document Number 207, which
          19   is the plaintiff's response.  And in here I am familiar with
2:28:33PM 20   February 3rd, 2020 she heard from survivors about the large
          21   numbers of their classmates who had died from suicide or other
          22   behavior-related causes.  She heard about the large numbers of
          23   their classmates with addiction problems, eating disorders,
          24   psychological problems that they did not have when they entered
2:28:52PM 25   the program.
```

```
2:28:54PM  1              So do you have actual numbers, or are you assuming
           2   "large numbers" is more than 50?  5?  You have no idea?
           3              MS. SWEIDY:  Your Honor, here's the problem:  We tried
           4   to get this information, we are told HIPAA.  And the more
2:29:12PM  5   important question I think you should ask is, why these schools
           6   are not tracking this.
           7              I am not in a position to give you an honest answer
           8   because I am not -- I do not have access to this information.
           9   I am relying solely on anecdotal information, because that is
2:29:28PM 10   the only thing that is available to parents.
          11              What I want to turn this right back around and ask
          12   Your Honor and defendants is, why aren't these schools tracking
          13   the outcomes like any business would do?  Like any credible
          14   organization would do?
2:29:45PM 15              And why is this information not available to the
          16   public?  Because they are the only ones who are in a position
          17   to know the outcomes of their students, and they conveniently
          18   do not track this, do not disclose this, and this isn't written
          19   anywhere.  So I only have anecdotal evidence.
2:30:01PM 20              THE COURT:  I appreciate that anecdotal evidence, but
          21   let me move along.
          22         Mr. Smith, a follow-up to the last question, was this
          23   student who committed suicide a student at Spring Ridge
          24   Academy?
2:30:14PM 25              MR. SMITH:  No, Your Honor.  It was a school that
```

```
3:04:25PM  1                    C E R T I F I C A T E
           2
           3            I, ELVA CRUZ-LAUER, do hereby certify that I am duly
           4    appointed and qualified to act as Official Court Reporter for
3:04:25PM  5    the United States District Court for the District of Arizona.
           6            I FURTHER CERTIFY that the foregoing pages constitute
           7    a full, true, and accurate transcript of all of that portion of
           8    the proceedings contained herein, had in the above-entitled
           9    cause on the date specified therein, and that said transcript
3:04:25PM 10    was prepared under my direction and control.
          11            DATED at Phoenix, Arizona, this 4th day of January,
          12    2024.
          13
          14                                        s/Elva Cruz-Lauer
                                               Elva Cruz-Lauer, RMR, CRR
3:04:25PM 15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```