1  Nathan T. Metzger (017378)
2  Perry E. Casazza (022838)
   **METZGER LAW FIRM, PLLC**
3  3550 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85012
4  (602) 264-4500
   Fax: (602) 264-4540
5  nathan.metzger@metzgerfirm.com
   perry.casazza@metzgerfirm.com
6  *Attorneys for Defendant Veronica Borges*

7

8                  **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF ARIZONA**

10

11  **Kimberly R. Sweidy;**                          Case No. 3:21-cv-08013-SPL

12          **Plaintiff,**

13          vs.                                      **DEFENDANT VERONICA BORGES'**
                                                     **REQUEST FOR ENTRY OF**
14  **Spring Ridge Academy, an Arizona**             **JUDGMENT**
    **corporation, Jean Courtney, Suzanne**
15  **Courtney, Brandon Courtney, Erin Smith,**
    **Leslie Filsinger, Justin Zych, Kate Deily,**
16  **Veronica Borges and Does 1 through 20,**

17
            **Defendants.**
18

19      The Court having granted Defendant Veronica Borges' Motion for Summary

20  Judgment on August 15, 2023, and having thereby dismissed all claims against her in full,

21  Ms. Borges now respectfully submits this request that the Court enter a final judgment in her

22  favor and against Plaintiff Kimberly R. Sweidy, in the proposed form attached hereto at

23  Exhibit 1. Borges has filed contemporaneously herewith a Bill of Costs for the deposition

24  and videographer costs that she incurred during her defense in this case.

25

**RESPECTFULLY SUBMITTED** this 1st day of July 2024.

**METZGER LAW FIRM, PLLC**

By <u>  /s/ *Nathan T. Metzger*  </u>
    Nathan T. Metzger, Esq.
    Perry E. Casazza, Esq.
    *Attorneys for Defendant Veronica Borges*

**ORIGINAL electronically transmitted this 1st day of July 2024 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:**

Mara C. Smith Allard, Esq.
ALLARD SMITH APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
*Attorneys for Plaintiff*

Kimberly R. Sweidy, Esq.
3478 Rambow Drive
Palo Alto, CA 94306
*Plaintiff Pro Per*

Robert Grasso, Jr., Esq.
Robert J. Lydford, Esq.
Michael B. Smith, Esq.
GRASSO LAW FIRM, P.C.
2250 East Germann Rd., Suite 10
Chandler, AZ 85286
*Attorneys for Defendants Spring Ridge Academy, Courtney, Smith, Filsigner, Zych and Deily.*

By: <u>  /s/ Tracy Ellison  </u>