# EXHIBIT 1

Nathan T. Metzger (017378)
Perry E. Casazza (022838)
**METZGER LAW FIRM, PLLC**
3550 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 264-4500
Fax: (602) 264-4540
nathan.metzger@metzgerfirm.com
perry.casazza@metzgerfirm.com
*Attorneys for Defendant Veronica Borges*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy;<br><br>Plaintiff,<br><br>vs.<br><br>**Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges and Does 1 through 20,**<br><br>**Defendants.** | Case No. 3:21-cv-08013-SPL<br><br>**JUDGMENT** |

On August 15, 2023, this Court granted Defendant Veronica Borges' motion for summary judgment in full and dismissed all claims against Defendant Borges with prejudice. The Court, having received and reviewed Defendant Borges' Request for Entry of Judgment and Bill of Costs, and finding good cause therefore;

- 1 -

1  IT IS ORDERED, ADJUDGED AND DECREED that a final judgment is hereby entered in favor of Defendant Veronica Borges and against Plaintiff Kimberly R. Sweidy in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a money judgment for costs is entered in favor of Defendant Veronica Borges and against Plaintiff Kimberly Sweidy in the amount of $10,048.47, and that, pursuant to 28 U.S.C. § 1961, interest shall accrue upon the foregoing sum from the date of this Judgment until paid, at the statutory rate of 5.14% per annum.

Dated this _____ day of July 2024.

_____
Honorable Steven P. Logan
United States District Judge