Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>    Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>    Defendants. | Case No. CV-21-08013-PCT-SPL<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO INTERVIEW THE JURORS (DOC. 301)** |

    Plaintiff Kimberly R. Sweidy responds to Defendants Spring Ridge Academy (SRA) and Kate Deily's Motion to Interview Jurors (Doc. 301). Ms. Sweidy asks the Court to ***deny*** Defendants' Motion.

///

# FACTS

In their latest fabricated and speculative narrative, Defendants and Opposing Counsel admit to following Ms. Sweidy on social media, all to no avail. Ms. Sweidy has committed absolutely no wrongdoing, as evidenced by the reality that ***there is no evidence of any wrongdoing by Ms. Sweidy***. For instance, during Trial, in response to a post entitled "Bring down tti???," Ms. Sweidy stated, "Yes. We. Can. Can't explain now because I am literally in Trial in Phoenix, Arizona, in Federal District Court in my case against Spring Ridge Academy."

Opposing Counsel admits to following survivors of the Troubled Teen Industry (TTI) on the reddit social media website "r/troubledteens."

https://www.reddit.com/r/troubledteens/

The purpose of this website is clearly stated:

> **Anti-Troubled Teen Industry Activism & Survivor Support**
>
> We are a community of survivors and advocates who oppose the abusive Troubled Teen Industry. We seek to raise awareness and to change the law to protect the teenagers in these programs from harm. Join us in our fight to combat abuse and neglect in 'troubled teen' programs! Together we can make a difference!
>
> **An introduction to Reddit Troubled Teens and our key services.**
> Moderator Post
> Welcome to the Troubled Teens Subreddit!
>
> *******
>
> This subreddit exists to support survivors of the U.S.-based 'Troubled Teen Industry' and to raise awareness of the systemic institutional child abuse that has occurred within the industry for decades.
>
> The 'Troubled Teen Industry' (TTI) is a network of unregulated and abusive wilderness programs, therapeutic boarding schools, residential treatment centers, bootcamps, and conversion therapy facilities across the United States and the Third World that are run or managed by U.S. companies.
>
> While the TTI offers a convincing façade of legitimacy, it is an industry of endemic abuse out of which one seldom comes out unharmed and whose sole purpose is the pursuit of profit at the expense of children in distress.

///
///

Desperate_Tadpole_63, also known as Shannon Paige Saul, did announce the Jury Verdict on r/troubledteens.  Ms. Sweidy then uploaded pictures of the Jury Verdict to the r/troubledteens thread.  Cult-Vault, also known as Kacey Baker (Doc. 292-6, Exhibit 5), also commented on the r/troubledteens thread.

*None of these people did anything wrong.*

But Defendants and Opposing Counsel need to find wrongdoing in someone other than themselves, so they focused on the Jurors.

A poster with the screen name "Brilliant-Truth-1635" commented to the r/troubledteens thread.  This could be anyone.  This could be Defendants or agents of Defendants or allies of Defendants.  This could be a Juror.

Defendants state that the Jury Verdict was rendered on June 14, 2024, 11:32 AM MST.  This sounds reasonable, but Ms. Sweidy has no knowledge of the exact time.  Ms. Sweidy's phone records do indicate that she called her co-counsel, Ms. Mara Allard, at 11:50 AM MST to inform Ms. Allard of the Jury Verdict.

Here is what we do know about Brilliant-Truth-1635 (BT1635).

*We know that BT1635 created the reddit account using that username on Friday, June 14, 2024, at 20:49:51 GMT-0700.  This translates to 1:49:51 PM MST, over two hours after the Jury delivered its Verdict.*

We know that BT1635 made three comments on the following days/times:

1) Saturday, June 15, 2024, at 14:00:37 GMT-0700 (7:00 AM MST);

2) Saturday, June 15, 2024, at 14:44:39 GMT-0700 (7:44 AM MST); and

3) Sunday, June 16, 2024, at 12:47:27 GMT-0700 (5:47 AM MST).

We know that BT1635's comments were:

1) "Yes, it's true!  I am proud to say I was part of the jury!";

2) "I was on the jury.  It was a jury trial, decision decided by a jury."; and

3) "It said 'yes it is true, as I was a member of the jury and proud to have been.'  I deleted because I was not going to get into any type of argument"

///

These facts are publically available because there is a Reddit Search Tool at the following:

https://search-new.pullpush.io/

If you enter "Brilliant-Truth-1635" as the username and search for "Posts," you won't get any results. In other words, BT1635 never posted.

If you enter "Brilliant-Truth-1635" as the username and search for "Comments," you get the three results described above, as well as the date/time the username was created (Exhibit 1).

BT1635 created that username and made the three comments after the Jury delivered its Verdict. This is protected Free Speech, as are Juror Interviews after Trials. There is nothing in the timing or in the content of the comments that indicates any Juror Misconduct. In fact, after a three week Jury Trial and Jury Verdict where the TTI, SRA, and social media were discussed at length, a Juror's curiosity about these topics is completely normal, natural, understandable, and predictable.

***The only truly concerning reality here is that Defendants and Opposing Counsel captured a screenshot of BT1635's first comment 54 minutes after it was made (and 10 minutes after the second comment was made).***

In other words, rather than spending time in contemplative solitude reflecting on the gravity of the Message sent by the Jury Verdict, Defendants and Opposing Counsel were on social media looking to blame someone else for the Jury Verdict.

**LAW**

Defendants admit that "post-trial interviews of jurors are generally prohibited" (Doc. 301, Page Three, Line Three).

Defendants cite Fed. R. Evid. 606(b)(2)(A), (B) which states:

///

///

///

(b) During an Inquiry into the Validity of a Verdict or Indictment.

    (1) Prohibited Testimony or Other Evidence. During an inquiry into the validity of a verdict or indictment, a juror may not testify about any statement made or incident that occurred during the jury's deliberations; the effect of anything on that juror's or another juror's vote; or any juror's mental processes concerning the verdict or indictment. The court may not receive a juror's affidavit or evidence of a juror's statement on these matters.

    (2) Exceptions. A juror may testify about whether:

        (A) extraneous prejudicial information was improperly brought to the jury's attention;

There is no absolutely no evidence that extraneous prejudicial information was improperly brought to any Juror's attention.

Defendants cite *Traver v. Meshriy*, 627 F.2d 934, 941 (9th Cir. 1980). In *Traver*, the Court found against the appellants, stating:

    None of the appellants' allegations here concern extraneous information or outside influence that might have affected juror deliberations or the verdict. The district court's refusal to reopen the case to hear the evidence about the jury's internal deliberations was correct.

The Appellants were attempting to interview the Jury about internal deliberations after the Jury Verdict was rendered and the Jury was polled and discharged. The facts and law in *Traver* do not support Defendants in this matter.

Defendants cite *Tanner v. United States*, 483 U.S. 107, 117 (1987). In *Tanner*, the Court found against appellant, stating:

    1. The District Court did not err in refusing to hold an evidentiary hearing at which jurors would testify on juror alcohol and drug use during the trial. Pp. 116-127.

The facts and law in *Tanner* do not support Defendants in this matter.

### CONCLUSION

Fabricated and speculative narratives are not facts. The law does not allow for Jurors to be interviewed for absolutely no reason. A Juror has every right to further inquire about and/or comment on the Lawsuit *after* the Jury has discharged all its duties. There is no evidence that BT1635, if actually a Juror:

///

1) knew about the TTI, SRA, and/or the reddit social media website "r/troubledteens" prior to being called to Jury Duty;

2) lied about such knowledge during Voir Dire; and/or

3) disregarded the Judge's Preliminary Jury Instructions and on-going Instructions during Trial by visiting the reddit social media website "r/troubledteens" during the Trial.

***These are very serious accusations for which there is absolutely no evidence.***

Ms. Sweidy requests that the Court ***deny*** Defendants' Motion To Interview The Jurors.

Respectfully submitted this 8th day of July, 2024.

/s/ Mara C. Smith Allard
Mara C. Smith Allard *pro hac vice*
**Allard Smith APLC**
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189
*Attorney for Plaintiff Sweidy*

and

*[signature: Kimberly R Sweidy]*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595
*in pro per*