# Exhibit 1





### Spring Ridge Academy LIABLE for fraud - $2.5m

It said "yes it is true, as I was a member of the jury, and proud to have been." I deleted because I was not going to get into any type of argument

/u/Brilliant-Truth-1635     r/troubledteens     1 points     Sun Jun 16 2024 12:47:27 GMT-0700 (2 weeks ago)     [See on reddit]

### Spring Ridge Academy LIABLE for fraud - $2.5m

I was on the jury. It was a jury trial, decision decided by a jury

/u/Brilliant-Truth-1635     r/troubledteens     1 points     Sat Jun 15 2024 14:44:39 GMT-0700 (2 weeks ago)     [See on reddit]

### Spring Ridge Academy LIABLE for fraud - $2.5m

Yes it's true! I am proud to say I was part of the jury!

/u/Brilliant-Truth-1635     r/troubledteens     1 points     Sat Jun 15 2024 14:00:37 GMT-0700 (2 weeks ago)     [See on reddit]

3 Items

