# GRASSO
### LAW FIRM

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Robert J. Lydford, Bar No. 030649
Michael B. Smith, Bar No. 014052
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendants Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, and Kate Deily

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>            Plaintiff,<br><br>    vs.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges, and Does 1 through 20,<br><br>            Defendants. | Case No: 3:21-cv-08013-SPL<br><br>**DEFENDANTS SPRING RIDGE ACADEMY AND KATE DEILY'S REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO REDACT INFORMATION RELATED TO MINOR ON JUNE 4, 2024, DAY 5 AM OF TRIAL FROM THE TRIAL TRANSCRIPT** |

Defendants Spring Ridge Academy and Kate Deily ("Defendants"), by and through undersigned counsel, submit this reply in further support of Defendants' Motion to Redact Information Related to Minor on June 4, 2024, Day 5 AM of Trial from the Trial Transcript [Doc. 290].

The Court has previously considered and rejected the arguments that Plaintiff rehashes in her response to Defendants' motion. (*See* Court's Order regarding Motions in Limine; Doc. 215 at 10:14–12:1). Simply put, the requested redactions are not relevant to Plaintiff's claims and involve very sensitive testimony, which invades the privacy of Defendant Deily's minor child.

1      Based on the foregoing, the Court should order that the requested redactions be

2 made to the trial transcript.

3      RESPECTFULLY SUBMITTED this 8th day of July, 2024.

4                   **GRASSO LAW FIRM, P.C.**

5

6            By     /s/Robert J. Lydford

7                 Robert Grasso, Jr.
Robert J. Lydford

8                 Michael B. Smith
2250 East Germann Road, Suite 10

9                 Chandler, Arizona  85286
   Attorneys for Defendants Spring Ridge

10                  Academy, Jean Courtney, Suzanne Courtney,
Brandon Courtney, Erin Smith, Leslie

11                  Filsinger, Justin Zych, and Kate Deily

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28