Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy, <br><br> Plaintiff, <br><br> v. <br><br> Spring Ridge Academy, an Arizona corporation, Jean Courtney Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges, <br><br> Defendants. | Case No. CV-21-08013-PCT-SPL <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT VERONICA BORGES' REQUEST FOR ENTRY OF JUDGMENT (DOC. 295)** |

Plaintiff Kimberly R. Sweidy responds to Defendant Veronica Borges' Request For Entry Of Judgment (Doc. 295). Ms. Sweidy asks the Court to **grant in part** and **deny in part** Defendant's Requests.

///

**REQUEST FOR ENTRY OF JUDGMENT**

Ms. Sweidy agrees that this Request For Entry Of Judgment is now timely and should be granted by the Court.

**BILL OF COSTS**

Ms. Sweidy disagrees that Defendant is entitled to Taxable Costs in Defendant's Bill of Costs. As briefed by Ms. Sweidy in Doc. 306, Ms. Sweidy is the ***prevailing party***. ***There can be only one prevailing party.***

**CONCLUSION**

Ms. Sweidy requests that the Court ***grant*** Defendant's Request For Entry Of Judgment. Ms. Sweidy requests that the Court ***deny*** Defendant's Request For Taxable Costs in Defendant's Bill of Costs.

Respectfully submitted this 12th day of July, 2024.

/s/ Mara C. Smith Allard
Mara C. Smith Allard *pro hac vice*
**Allard Smith APLC**
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189
*Attorney for Plaintiff Sweidy*

and

*Kimberly R Sweidy*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595
*in pro per*