Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy, | Case No. CV-21-08013-PCT-SPL |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT** |
| Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges | **PROOF OF ELECTRONIC SERVICE** |
| Defendants. | |

1. I am at least 18 years old.

    a. My residence address is: 3478 Rambow Drive, Palo Alto, CA 94306-3638.

    b. My electronic service address is: krsweidy@yahoo.com

///

///

2. I electronically served the following document:

- Plaintiff's Notice Of Appeal From A Judgment Or Order Of A United States District Court.

3. I electronically served the document listed in 2. above as follows:

    a. Names of persons served: Robert Grasso, Robert J. Lydford, Michael B. Smith, Thomas L. Hudson, Timothy J. Eckstein, and Emma Cone-Roddy.

       On behalf of: Defendants Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych and Kate Deily.

    b. Names of persons served: Nathan Metzger and Perry Casazza.

       On behalf of: Defendant Veronica Borges.

    c. Electronic service addresses of persons served: rgrasso@grassolawfirm.com, rlydford@grassolawfirm.com, msmith@grassolawfirm.com, thudson@omlaw.com, teckstein@omlaw.com, econe-roddy@omlaw.com, nathan.metzger@metzgerfirm.com, and perry.casazza@metzgerfirm.com.

    d. On July 12, 2024, at 9:50 AM PDT.

Date: July 12, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Kimberly R. Sweidy     *Kimberly R Sweidy*