Thomas L. Hudson, 014485
Timothy J. Eckstein, 018321
Emma Cone-Roddy, 034285
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
thudson@omlaw.com
teckstein@omlaw.com
econe-roddy@omlaw.com

Robert Grasso, Jr., 015087
Robert J. Lydford, 030649
Michael B. Smith, 014052
GRASSO LAW FIRM, P.C.
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendants Spring Ridge Academy
and Kate Deily

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, et. al,<br><br>Defendants. | Case No: 3:21-cv-08013-SPL<br><br>**DEFENDANTS SPRING RIDGE ACADEMY AND KATE DEILY'S MOTION FOR LEAVE TO FILE THIRD-PARTY SUBPOENA ON REDDIT**<br><br>(*Expedited consideration requested*) |

1

1  Pursuant to Fed. R. Civ. P. 45, Defendants Spring Ridge Academy ("Spring
2  Ridge") and Kate Deily move for leave to serve Reddit, Inc. ("Reddit") with a subpoena
3  regarding the social media activity of a user (Brilliant-Truth-1635), who claimed to be a
4  member of the jury in this matter.  The day after the verdict, someone identifying
5  themselves as a juror in this case posted on a highly-focused social media thread that
6  Plaintiff Kimberly Sweidy had actively used for at least two years before trial to post
7  information about this case.  The self-identified juror's knowledge and use of this specific
8  social media thread suggests "extraneous prejudicial information was improperly brought
9  to the jury's attention," and "an outside influence was improperly brought to bear on any
10 juror".  Fed. R. Evid. 606(b).  Defendants seek information about whether Brilliant-
11 Truth-1635, any Reddit account using the same email address as Brilliant-Truth-1635, or
12 the IP address utilized by Brilliant-Truth-1635 visited or interacted with Plaintiff's social
13 media activity before or during the trial.

14 Because fact discovery is closed in this case and because of the privacy interests of
15 jurors, Defendants seek leave from the Court to serve this subpoena.

16 This Motion is supported by the following Memorandum of Points and Authorities.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

18 Defendants previously moved for leave to interview the jurors, where they more
19 fully describe the background of this concern.  (Doc. 301.)  Briefly, Plaintiff routinely
20 posted about this case on the social network website *Reddit* under the subreddit
21 (subsidiary thread) *troubledteens* for at least the past two years (Doc. 301-2 at ¶¶ 4-6).
22 Plaintiff has advertised her lawsuit on *troubledteens* and sought to recruit witnesses there.
23 (Doc. 301-3 at 1, 3.)  During trial, she continued to post on *troubledteens*, explaining she
24 was "in [t]rial" and her litigation posts were "all over this reddit."  (Doc. 301-4.)

25 On the day the jury returned a verdict in her favor, Plaintiff posted on *troubledteens*
26 a photo of the verdict.  (Doc. 301-2 at ¶ 8.)  The next day, a user calling themselves
27 "Brilliant-Truth-1635" posted on that subreddit: "I am proud to say I was part of the
28 jury!"  A different user questioned the propriety of a juror commenting on Reddit, stating:

"What? How could you be a part of the jury? That does not seem right…" (*Id.* at ¶ 9.) Brilliant-Truth-1635 deleted their comment the following day, summarizing the substance of their deleted post explaining that they had deleted it because "I was not going to get into any type of argument." (*See* Reddit June 16, 2024, 1:03 p.m. print out at 4, Doc. 301-8.)

Defendants now seek information from Reddit about whether the person who posted under the username Brilliant-Truth-1635 followed or otherwise interacted with the *troubledteens* subreddit prior to or during the trial.

I. **The self-identified juror's post on *troubledteens* hours after the verdict establishes good cause to allow discovery to determine whether the jurors were exposed to extraneous prejudicial information or outside influence.**

The link between a self-identified trial juror, Plaintiff, and a subreddit deeply connected to this case suggests that a juror was exposed to extraneous prejudicial information and outside influence. That subreddit contained disparaging comments about Spring Ridge -- including some from Plaintiff -- and discussed specific factual allegations that likely would have prejudiced any juror against Defendants. At least one other *troubledteens* user was concerned and worried that someone familiar enough with *troubledteens* to post there served on the jury, and Brilliant-Truth-1635 twice appears to have realized that posting on *troubledteens* called their impartiality into doubt.

A fair trial is the backbone of our justice system. Defendants now have good cause to believe that they did not receive a fair trial because one or more jurors were exposed to extraneous prejudicial information and outside influence that our rules recognize is improper. Defendants therefore must be permitted to conduct limited discovery to explore the extent of any extraneous influence on the jury and, specifically, the extent of the self-proclaimed juror's exposure to information on Reddit.

II. **Limited discovery served on Reddit is appropriate in this case.**

Fact discovery in this case closed November 28, 2022. (Doc. 34.) Defendants understand that post-trial discovery is unusual, but believe it is appropriate here to seek

3

information about when the Brilliant-Truth-1635 account was created, whether there are any other *Reddit* user accounts associated with Brilliant-Truth-1635's email addresses, and whether Brilliant-Truth-1635 or any associated accounts interacted with the *troubledteens* subreddit prior to Brilliant-Truth-1635's reddit account.  Defendants will not seek discovery into Brilliant-Truth-1635's thought process, only the extent of their involvement in a social media forum that contained information related to this case. Evidence on whether jurors were privy to extraneous influences that effected the result reached is permissible.  *Travier v. Meshriy*, 627 F.3d 934, 941 (9th Cir. 1980).  A proposed discovery, which would be attached to a subpoena, to serve on Reddit is attached as Exhibit A.

### III.   Conclusion

Brilliant-Truth-1635's activity calls into question the validity of the verdict and whether jurors were exposed to improper, prejudicial, and inadmissible statements on social media.  A targeted subpoena on Reddit can further confirm whether the jury was tainted by extrajudicial knowledge about the case.

RESPECTFULLY SUBMITTED this 12th day of July, 2024.

**OSBORN MALEDON, P.A.**

By s/ Timothy J. Eckstein
    Thomas L. Hudson
    Timothy J. Eckstein
    Emma Cone-Roddy
    2929 North Central, 20th Floor
    Phoenix, Arizona 85012-2794

**GRASSO LAW FIRM, P.C.**

By *s/ Robert J. Lydford*
    Robert Grasso, Jr.
    Robert J. Lydford
    Michael B. Smith
    2250 East Germann Road, Suite 10
    Chandler, Arizona 85286

Attorneys for Defendants Spring Ridge and Kate Deily