IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Spring Ridge Academy, et al.,<br><br>　　　　　Defendants. | No. CV-21-08013-PCT-SPL<br><br>**ORDER** |

　　　　Before the Court is Defendants Spring Ridge Academy and Kate Deily's Motion to Interview the Jurors (Doc. 301). Upon review, the Court finds that oral argument would assist the Court in addressing this motion. The parties should come prepared to discuss: (1) how they discovered the Reddit posts; and (2) whether and how they kept track of jurors during and after the trial. Accordingly,

　　　　**IT IS ORDERED** setting an Oral Argument on **July 30, 2024, at 11:00 a.m.** before the Honorable Judge Steven P. Logan, United States District Judge, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 501.

　　　　Dated this 15th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge