# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Kimberly R Sweidy, | No. CV-21-08013-PCT-SPL |
| Plaintiff, | **ORDER** |
| v. |  |
| Spring Ridge Academy, et al., |  |
| Defendants. |  |

The Court has reviewed Defendants' Motion to Redact Names of Individuals Identified on May 29, 2024, Day 2 PM of Trial, from the Trial Transcript (Doc. 286) and Motion to Redact Information Related to Minor on June 4, 2024, Day 5 AM of Trial (Doc. 290). Good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Redact Names of Individuals Identified on May 29, 2024, Day 2 PM of Trial, from the Trial Transcript (Doc. 286) and Motion to Redact Information Related to Minor on June 4, 2024, Day 5 AM of Trial (Doc. 290) are **granted**.

///
///
///
///
///
///

**IT IS FURTHER ORDERED** that the May 29, 2024 transcript (Doc. 246) be redacted to remove the names of the individuals identified on pages 17:13 through 22:11 and that the June 4, 2024 transcript (Doc. 255) be redacted on pages 8:8-17, 9:1-5, 9:19, 10:11-12, 10:20-21, 11:5-11, and 12:16-17.

Dated this 25th day of July, 2024.

_____
Honorable Steven P. Logan
United States District Judge

cc: Transcript Monitor