Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>          Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>          Defendants. | Case No. CV-21-08013-PCT-SPL<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AND EXTENSION OF PAGE LIMIT FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CORRECT A CLERICAL MISTAKE, MOTION FOR JUDGMENT AS A MATTER OF LAW, AND ALTERNATIVE MOTION FOR NEW TRIAL AND TO REDUCE THE PUNITIVE DAMAGES AWARD (DOC. 335)** |

      Plaintiff Kimberly R. Sweidy responds to Defendants Spring Ridge Academy (SRA) and Kate Deily's (DEILY) Motion For Extension Of Time To File and Extension Of Page Limit For Reply In Support Of Defendants' Motion To Correct A Clerical Mistake, Motion For Judgment As A Matter Of Law, And Alternative Motion For A New

1  Trial And To Reduce The Punitive Damages Award (Doc. 335).

2  **Defendants SRA and DEILY move for an one-week extension of time
3  from August 5, 2024, to August 12, 2024, to file their Reply and to increase the page limit from 11 to 13 pages.**

4  Defendants chose to File Their Motion (Doc. 318) on the last day allowed pursuant to

5  Fed. R. Civ. P. Rule 59(b).  This was the same day that this Court ordered (Doc. 319) Ms.

6  Sweidy to a Hearing on January 30, 2024, at 11:00 AM, the day after Ms. Sweidy's

7  Response to Defendants' Motion (Doc. 318) was due.  There are eight (8) attorneys of

8  record for Defendants.  There is endless support staff.  There is endless money from

9  Philadelphia Insurance Indemnity Company (PIIC) to fund them.

10  Ms. Sweidy and Ms. Allard are two (2).  They had no support staff until Ms. Shannon

11  Paige Saul, ex-SRA attendee and rising third year UCLA law student, graciously agreed

12  to assist Ms. Sweidy and Ms. Allard with the onslaught of filings from Defendants

13  subsequent to Trial.  Ms. Sweidy and Ms. Allard met all filing deadlines, without

14  extension.  This meant many late nights and weekends.  Following the filing of her

15  Response on Monday, January 29, 2024, Ms. Sweidy (Northern California) and Ms. Saul

16  (Southern California) arose at 3:00 AM to fly to Phoenix and attend the Hearing at 11:00

17  AM on Tuesday, January 30, 2024.

18  On July 24, 2024, at 12:09 PM PDT, Ms. Sweidy emailed Opposing Counsel the

19  following:

20  Counsel,

21  Pursuant to Circuit Rule 10-3.1(c), I am requesting that you agree that there are no
22  transcripts associated with my Appeal of Doc. 166, Order On Motions For Summary Judgment. There was no Oral Argument granted.  If you do not agree,
23  please explain.

24  Kindly respond within 24 hours of this email so that I may timely file and serve the attached Notice.

25  *Opposing Counsel did not show Ms. Sweidy the courtesy of a reply.  Despite this,*

26  *Opposing Counsel now expects Ms. Sweidy to promptly approve of his request for an*

27  *extension because of his travel plans.*

28  Ms. Sweidy is personally funding her Lawsuit.  To date, Ms. Sweidy has never asked

for an extension of time.  When necessary, Ms. Sweidy and Ms. Allard have filed Notices of Unavailability with this Court, which Mr. Eckstein did not do in the five weeks since he appeared in this Lawsuit.  Ms. Sweidy asked to exceed the page limit on her current Response solely because Defendants' Motion, as written, demanded and required such an exhaustive Response.  The Motion was actually many Motions combined into one.  It simply denied the existence of virtually all the Trial Evidence and misled the Court as to the applicable case law (citing 31 cases but failing to properly apply the law or the facts of those cases to this case).

    Opposing Counsel now seeks to be relieved of the stress, time pressure, and deadlines that they, themselves, caused and to which they repeatedly subjected Ms. Sweidy, Ms. Allard, and now Ms. Saul, relentlessly.  Any such request for more time is unjustified.

    Opposing Counsel also arbitrarily requests a page limit increase from 11 to 13.  This is a Reply, not a new Motion.  No new issues can be raised in a Reply.

    Defendants believe that the following constitute good cause:

    1) undersigned counsel has been out of the country and is returning tonight;

    2) the requested extension will not delay the case in any respect as no oral argument has been set on Defendants' motion (Doc. 318); and

    (3) an extension will allow the Court additional time to rule on Defendants' Motion to Interview the Jurors (Doc. 301) and Motion for Leave to File a Subpoena on Reddit (Doc. 315) and allow for consideration of any evidence gleaned from these processes to be incorporated in the reply.

    Ms. Sweidy knows that:

    1) Defendants have eight lawyers paid for by PIIC, five of which attended all or some of the Trial, unlike the undersigned, which means they are better informed to produce a Reply.  Furthermore, undersigned counsel chose the Motion filing date, which, in fairness, he must be bound by.  His out of country travel and scheduling conflicts at this late date are not the concern of Ms. Sweidy or this Court;

    2) the setting of Oral Argument is usually done after the Reply is filed, and the

setting of Oral Argument is irrelevant to this discussion.  This is not about delay.  This is about fairness.  Opposing Counsel embodies the trope, "Rules for thee but not for me."; and

3) Defendants are required to Reply to their Motion and Ms. Sweidy's Response as filed, not devise a Reply incorporating new information that Defendants speculatively believe will be forthcoming at some future date.  Defendants' pretense of "doing the Court a favor by allowing it time to rule on Docs. 301 and 315" is disingenuous and transparent.  This is not a valid reason for additional time or pages to Reply.  And this morning, the Court ruled.

No good cause existing for Defendants' Request For Additional Time or Additional Pages, their Motion should be *denied*.

Respectfully submitted this 1st day of August, 2024.

*Kimberly R Sweidy*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595
*in pro per*