IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>           Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, et al.,<br><br>           Defendants. | No. CV-21-08013-PCT-SPL<br><br>**ORDER** |

      Before the Court is Defendants' Status Report (Doc. 345), in which they request additional time to file a second status update regarding whether any evidence exists connecting a former juror to the username "Brilliant-Truth-1635." The Court finds it unnecessary to wait for Plaintiff's response to the Motion. Good cause appearing,

      **IT IS ORDERED** that Defendants' Request for Extension (Doc. 345) is **granted**. shall file a Status Report in accordance with this Court's August 1, 2023 Order (Doc. 336) by **September 6, 2024**.

      Dated this 26th day of August, 2024.

Honorable Steven P. Logan
United States District Judge