Thomas L. Hudson, 014485
Timothy J. Eckstein, 018321
Emma Cone-Roddy, 034285
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
thudson@omlaw.com
teckstein@omlaw.com
econe-roddy@omlaw.com

Robert Grasso, Jr., 015087
Robert J. Lydford, 030649
Michael B. Smith, 014052
GRASSO LAW FIRM, P.C.
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendants Spring Ridge Academy
and Kate Deily

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy, | Case No: 3:21-cv-08013-SPL |
| Plaintiff, | |
| vs. | **SECOND STATUS REPORT ON REDDIT SUBPOENA** |
| Spring Ridge Academy et. al., | |
| Defendants. | |

On August 5, 2024, pursuant to this Court's August 1 Order (Doc. 336), counsel for Defendants Spring Ridge Academy and Kate Deily ("Defendants") served on Reddit, Inc., a subpoena for the production of certain documents related to user Brilliant-Truth-1635, who claimed to be a member of the jury in this matter.

On August 19, counsel for Reddit responded, raising objections to the subpoena. (Doc. 345-1.) On August 21, counsel for Defendants and Reddit met and conferred, leading to an agreement that counsel for Reddit would discuss anew with his client its response to the subpoena, which he endeavored to do by August 27 or 28. Counsel for Defendants asked this Court for some additional time to provide a status update (Doc. 345), which this Court granted, extending the time to September 6. (Doc. 346.)

On August 29, and September 3, counsel for Defendants emailed counsel for Reddit seeking an update. Counsel for Reddit responded on September 5, asking for additional time. Counsel for Defendants replied that we would move to compel absent an agreement to produce. Later that day, counsel for Reddit wrote that his client had provided notice to user Brilliant-Truth-1635 of Reddit's intent to comply with the subpoena, and that Reddit would make a production on September 13, 2024, unless Brilliant-Truth-1635 took actions to object to the subpoena before then.

Defendants therefore request the Court order a status report to be filed on September 17, 2024, regarding the anticipated September 13, 2024, production.

RESPECTFULLY SUBMITTED this 6th day of September, 2024.

**OSBORN MALEDON, P.A.**

By s/ Timothy J. Eckstein
Thomas L. Hudson
Timothy J. Eckstein
Emma Cone-Roddy
2929 North Central, 20th Floor
Phoenix, Arizona 85012-2794

**GRASSO LAW FIRM, P.C.**

By s/ Robert Grasso, Jr.
   Robert Grasso, Jr.
   Robert J. Lydford
   Michael B. Smith
   2250 East Germann Road, Suite 10
   Chandler, Arizona 85286

Attorneys for Defendants Spring Ridge and Kate Deily