# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R Sweidy,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Spring Ridge Academy,<br><br>　　　　　Defendant. | No. CV-21-08013-SPL<br><br>JUDGMENT ON TAXATION OF COSTS |

Final Judgment having been entered, plaintiff filed a Bill of Costs on June 28, 2024, seeking the taxation of $33,873.72. Defendants filed an Objection to the Bill of Costs on July 12, 2024. Plaintiff filed a Response to the Objection on July 18,2024 which was stricken per this Court's order on August 1, 2024. The matter has been reviewed and costs have been awarded as follows.

1. **Fees of the Clerk** – Pursuant to LRCiv 54.1(e)(1), the $100.00 cost associated with admission pro hac vice is not taxable. The claim is reduced to **$402.00**.
2. **Fees for service of summons and subpoena** - Pursuant to LRCiv 54.1(e)(1), service fees are taxable. The **$1,600.00** claim is allowed.
3. **Transcript Fees** - Pursuant to LRCiv 54.1(e)(3), costs associated with video recordings are not taxable. The $23,635.87 claim is reduced to **$12,617.29.** The $11,018.58 costs associated with video recordings are denied.
4. **Fees and Disbursements for Printing** - Pursuant to LRCiv 54.1(e)(5), the reasonable cost of copies of papers necessarily obtained from third-party records

custodians is taxable as are reasonable costs of exhibits. The costs associated with printing copies of summons, performing online legal research, purchasing publications, paper and ink are denied. The $2,289.05 claim is reduced to **$1,365.45**.

5. **Fees for Witnesses** - Pursuant to LRCiv 54.1(e)(4), the rate for witness fees, mileage and subsistence are fixed by statute 28 U.S.C. §1821. The statute provides that such fees are taxable even though the witness does not take the stand, provided the witness is in attendance at the Court. The rate for lodging and subsistence of government employees in Phoenix, Arizona in June, published by the General Services Administration are $110.00 per night for lodging. Taxes and fees for lodging are permitted. Subsistence is reimbursed at $51.75 for first and last day of travel and $69.00 for all other days. Plaintiff's claims for lodging and subsistence fall within those parameters. The following claim is denied:

   a. Airfare for witness Emma Kerrigan was found to be insufficiently documented, and as such the $2,127.75 claim is denied.

The $5,846.80 claim for witness fees is reduced to **$3,719.05**.

The costs are hereby taxed in favor of the plaintiff and against the defendants in the amount of **$19,703.79**.

DATED this 6th day of September 2024

DEBRA D. LUCAS, CLERK

By: *Lenore R. Benoit*

_____
Lenore R. Benoit
Chief Deputy Clerk

- 2 -