Thomas L. Hudson, 014485
Timothy J. Eckstein, 018321
Emma Cone-Roddy, 034285
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
thudson@omlaw.com
teckstein@omlaw.com
econe-roddy@omlaw.com

Robert Grasso, Jr., 015087
Robert J. Lydford, 030649
Michael B. Smith, 014052
GRASSO LAW FIRM, P.C.
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200
rgrasso@grassolawfirm.com
rlydford@grassolawfirm.com
msmith@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendants Spring Ridge Academy
and Kate Deily

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy et. al.,<br><br>Defendants. | Case No: 3:21-cv-08013-SPL<br><br>**THIRD STATUS REPORT ON REDDIT SUBPOENA** |

On August 5, 2024, pursuant to this Court's August 1 Order (Doc. 336), counsel for Defendants Spring Ridge Academy and Kate Deily ("Defendants") served on Reddit, Inc., a subpoena for the production of certain documents related to user Brilliant-Truth-1635, who claimed to be a member of the jury in this matter.

On August 19, counsel for Reddit responded, raising objections to the subpoena. (Doc. 345-1.) Counsel for Defendants asked this Court for some additional time to provide a status update (Doc. 345), which this Court granted, extending the time to September 6. (Doc. 346.) On September 5, counsel for Reddit informed counsel for Defendants that they would produce on September 13, and Defendants asked to file a status report on September 17 (Doc. 348), which this Court granted (Doc. 351).

On September 15, 2024, Reddit produced four Excel spreadsheets responsive to the subpoena. One, entitled "statistics", includes an email address associated with Brilliant-Truth-1635 and a "registration date" of June 15, 2024. The second, entitled "linked phone number", appears to describe that Brilliant-Truth-1635 was not linked to a phone number. The third, entitled "ip_logs," apparently lists log visits to Reddit by readers at IP Addresses associated with Brilliant-Truth-1635. The fourth is labeled "checkfile" and does not appear to contain any relevant information.

These documents include two things of note.

*First*, the Brilliant-Truth-1635 Reddit account is associated with a gmail account comprising what appear to be a first and last name. On information and belief, these names match that of a juror in this case. To protect the privacy of this person, Defendants request that the Court order them to file under seal the email address and IP logs so that the Court can review this information *in camera* and potentially verify the match.

*Second*, it appears that the IP Address used to register the Brilliant-Truth-1635 Reddit account began accessing Reddit at 4:50 P.M. Arizona time on June 13, 2024, which was while the jury in this case was still deliberating. This is two days prior to the "registration date" in the "statistics" file.

On this basis, should the Court conclude that the email address associated with this

account may be connected with one juror, Defendants renew their request to interview at least this person, if not the entire jury, to determine to what extent the *troubledteens* subreddit was read by any juror prior to the verdict being entered in this case.

Defendants further believe, given the unusual nature of this matter, the Court may want to set a status conference to discuss how best to proceed with a jury interview. A proposed form of order is attached (1) ordering Defendants to file under seal the "statistics" and "ip_logs" folders, and (2) setting a status conference.

RESPECTFULLY SUBMITTED this 17th day of September, 2024.

**OSBORN MALEDON, P.A.**

By s/ Timothy J. Eckstein
    Thomas L. Hudson
    Timothy J. Eckstein
    Emma Cone-Roddy
    2929 North Central, 20th Floor
    Phoenix, Arizona 85012-2794

**GRASSO LAW FIRM, P.C.**

By s/ Robert Grasso, Jr.
    Robert Grasso, Jr.
    Robert J. Lydford
    Michael B. Smith
    2250 East Germann Road, Suite 10
    Chandler, Arizona 85286

Attorneys for Defendants Spring Ridge and Kate Deily