IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Sweidy, | No.  CV-21-08013-PCT-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Spring Ridge Academy, et al., | |
| Defendants. | |

Before the Court is Defendants' Third Status Report on Reddit Subpoena (Doc. 357). Finding that *in camera* review of the email address and IP logs at issue would assist in the resolution of this matter,

**IT IS ORDERED** that Defendants shall provide the Court with the "statistics" and "ip_logs" folders associated with the Reddit account Brilliant-Truth-1635 for *in camera* review no later than **Friday, September 20, 2024 at the close of business**.

///

///

///

///

///

///

///

///

1      **IT IS FURTHER ORDERED** setting an in-person status conference on

2 **Wednesday, September 25, 2024 at 2:00 p.m.** before the Honorable Judge Steven P.

3 Logan, United States District Judge, in the Sandra Day O'Connor United States

4 Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor,

5 Courtroom 501.

6      Dated this 18th day of September, 2024.

7

8

Honorable Steven P. Logan
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28