IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Sweidy,<br><br>          Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, et al.,<br><br>          Defendants. | No. CV-21-08013-PCT-SPL<br><br>**ORDER** |

Before the Court is Defendants' Motion to Unseal Hearing for Production of Transcript (Doc. 369), as well as their Motion for Extension of Time (Doc. 370) and Plaintiff's Response (Doc. 371). The Court now rules as follows.

This Court held a sealed hearing on November 7, 2024 regarding matters related to Defendant Spring Ridge's Motion for a New Trial. (ME 366). At that hearing, the Court ordered that Defendant Spring Ridge may file a supplemental brief in support of the portion of their Motion for New Trial (Doc. 318) regarding the jury's potential exposure to extraneous prejudicial information. (ME 366). The Court provided Defendants with a deadline of November 14, 2024 to file that brief. (*Id.*). However, Spring Ridge subsequently moved for an order lifting the seal on the November 7 hearing in order to obtain a transcript, and that motion (Doc. 369) is still pending. (Doc. 370 at 2). They now request a five-day extension, to November 19, 2024, to file their supplemental brief, as the additional time is needed to incorporate the requested hearing transcript. (*Id.*). Plaintiff Kimberly R. Sweidy filed a Response (Doc. 371), in which she requests that if Defendants'

extension is granted, she be granted an extension to December 16, 2024 at 5:00 p.m. (MST) to file her responsive brief. (Doc. 371 at 2). Defense counsel does not object to Ms. Sweidy's proposed extension. (*Id.*). This Court is inclined to grant both extensions, as well as granting Defendants' Motion to Unseal Hearing for Production of Transcript (Doc. 369) for the limited purpose of providing the transcript to counsel to aid in the preparation of their supplemental briefs.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Unseal Hearing for Production of Transcript (Doc. 369) is **granted.** The transcript of the November 7, 2024 hearing shall be unsealed for the limited purpose of providing it to counsel. The transcript shall remain sealed for all other purposes. Counsel must submit a corrected Transcript Request form to obtain the transcript of the hearing.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time (Doc. 370) is **granted**. Defendants shall have until **Tuesday, November 19, 2024 at 5:00 p.m. (MST)** to file their supplemental brief of no more than ten (10) pages in support of their Motion for New Trial.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **Monday, December 16, 2024 at 5:00 p.m. (MST)** to file her responsive brief of no more than ten (10) pages.

Dated this 14th day of November, 2024.

Honorable Steven P. Logan
United States District Judge