Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>　　　　　　Defendants. | Case No. CV-21-08013-PCT-SPL<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to LRCiv 5.6, Plaintiff Kimberly R. Sweidy requests that the Court grant this Motion to Seal Ms. Sweidy's Response To Defendants' Supplemental Brief with highlights of those portions that Ms. Sweidy seeks to redact (Exhibit A). Simultaneously, Ms. Sweidy is also publicly filing the redacted version of her Response To Defendants'

1  Supplemental Brief, subject to the Court's Order on this Motion to Seal.

2      Ms. Sweidy's Response To Defendants' Supplemental Brief (Exhibit A) contains
3  references to Juror testimony from the Sealed November 7, 2024, Hearing, the contents of
4  which the Court has ordered remain confidential and private.

5      Ms. Sweidy has conferred with Mr. Eckstein, who does not object to this
6  request.  For the reasons stated above, Ms. Sweidy requests that the Court enter an Order
7  sealing Exhibit A and allowing the public filing of the redacted version of Ms. Sweidy's
8  Response To Defendants' Supplemental Brief.

9      Respectfully submitted this 16th day of December, 2024.

*Kimberly R Sweidy*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595
*in pro per*