# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R Sweidy,<br><br>            Plaintiff,<br><br>v.<br><br>Spring Ridge Academy, et al.,<br><br>            Defendants. | **NO. CV-21-08013-PCT-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that partial final judgment is entered in favor of Defendant Veronica Borges pursuant to Federal Rule of Civil Procedure 54(b).

Partial final judgment is entered in favor of Defendants Jean Courtney, Suzanne Courtney, Erin Smith, Leslie Filsinger, and Justin Zych, as to all claims pursuant to Federal Rules of Civil Procedure 54(b). Partial final judgment is also entered in favor of Defendants Spring Ridge Academy and Kate Deily as to the claims of Breach of Contract/Breach of Warranty, Breach of the Covenant of Good Faith and Fair Dealing, RICO Violations (18 U.S.C. § 1961 et seq.), Negligence *per se,* Intentional Infliction of Emotional Distress, and Conversion.

                                                            Debra D. Lucas
                                                            District Court Executive/Clerk of Court

January 10, 2025

                                                            s/ E. Aragon
                                                     By    Deputy Clerk