**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: Steven P. Logan** | **Date: January 23, 2025** |
| **Case Number: CV-21-08013-PCT-SPL** | |
| **Sweidy v. Spring Ridge Academy et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | **Mara Smith Allard** | **Robert Grasso** |
| | **Kimberly R. Sweidy** | **Robert James Lydford** |
| | | **Timothy Eckstein** |

**STATUS HEARING:**

Discussion held regarding a new trial date. A 3-week firm jury trial is set to begin **January 27, 2026 at 9:00 a.m.** Trial will be held **Tuesday, January 27, 2026 – Friday, January 30, 2026, Tuesday, February 3, 2026 – Friday, February 6, 2026, and Tuesday, February 10, 2026 – Friday, February 13, 2026**. A Status Hearing is set for **Monday, July 7, 2025 at 2:00 pm**. The parties may request to vacate the status hearing if the hearing is not needed. The parties shall submit updated witness and exhibit lists to court staff. Plaintiff advises the Court that the judgment entered by the Court is missing Brandon Courtney's name. Amended judgment to issue.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **SH: 5 minutes** |
| Court Reporter: Elva Cruz-Lauer | **Start: 1:29 pm** |
| | **Stop:  1:44 pm** |