**GRASSO LAW FIRM**

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Nathan T. Metzger, Bar No. 017378
Robert J. Lydford, Bar No. 030649
rgrasso@grassolawfirm.com
nmetzger@grassolawfirm.com
rlydford@grassolawfirm.com
Attorneys for Defendants Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, Veronica Borges, and Does 1 through 20,<br><br>　　　　　　Defendants. | Case No: 3:21-cv-08013-SPL<br><br>**NOTICE OF CHANGE OF LAW FIRM AND JOINT REPRESENTATION** |

Defendant, Veronica Borges, by and through counsel undersigned, hereby provides notice to the Court that, effective February 1, 2025, attorneys Nathan T. Metzger and Perry E. Casazza are no longer associated with the Metzger Law Firm, PLLC. Beginning February 1, 2025, all documents and communications directed to Nathan T. Metzger and Perry E. Casazza, should be forwarded to the following address, telephone numbers and e-mails:

Nathan T. Metzger
nmetzger@grassolawfirm.com
Perry E. Casazza
pcasazza@grassolawfirm.com
Grasso Law Firm
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

In addition, Defendants, Spring Ridge Academy, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges, hereby notify the Court that they will be jointly represented by attorneys Robert Grasso, Jr., Nathan T. Metzger and Robert J. Lydford of the Grasso Law Firm.

Defendants, respectfully request that the Court and the parties update their contact lists accordingly.

RESPECTFULLY SUBMITTED this 4th day of February, 2025.

**GRASSO LAW FIRM, P.C.**

By   /s/ Robert Grasso, Jr.
Robert Grasso, Jr.
Nathan T. Metzger
Robert J. Lydford
3075 West Ray Road, Suite 110
Chandler, Arizona  85226
   Attorneys for Defendants Spring Ridge
   Academy, Jean Courtney, Suzanne Courtney,
   Brandon Courtney, Erin Smith, Leslie
   Filsinger, Justin Zych, Kate Deily, and
   Veronica Borges

ORIGINAL electronically transmitted this 4th day of February, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Mara C. Smith Allard (*pro hac vice*)
ALLARD SMITH APLC
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008
mara@allardsmith.com
   *Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
KIMBERLY R. SWEIDY, ATTORNEY AT LAW
3478 Rambow Drive
Palo Alto, CA 94306-3638
*krsweidy@yahoo.com*
 in pro per


By      /s/ Devon Gracia

3