IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Sweidy, | No. CV-21-08013-PCT-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Spring Ridge Academy, et al., | |
| Defendants. | |

A Status Hearing in this matter is currently scheduled for Monday, July 7 at 2:00 PM in Courtroom 501. On the Court's own motion,

**IT IS ORDERED** that the Status Hearing currently set for Monday, July 7 at 2:00 PM is **vacated**.

Dated this 19th day of May, 2025.

Honorable Steven P. Logan
United States District Judge