# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy, | Case No. CV-21-08013-PCT-SPL |
| Plaintiff, | **ORDER** |
| vs. | (PROPOSED) |
| Spring Ridge Academy, et al., | |
| Defendants. | |

Having considered Plaintiff's Motion To Strike Late-Disclosed Defendants' Expert Witness Karin D. Kline, M.S.W. and Motion in limine No. 1 To Preclude Testimony From Karin D. Kline, M.S.W. [Doc. XXX] The Motions were made pursuant to Fed. R. Civ. P. 16(b)(4), Fed. R. Civ. P. 26, FRE Rule 702, and LRCiv 7.2(l).

**IT IS ORDERED** that Plaintiff's Motions are **granted**. Defendants' Expert Witness Karin D. Kline, M.S.W. is not allowed to testify.

Dated this XX day of XXXXX, 2025.

_____
Honorable Steven P. Logan
United States District Judge