IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, et al.,<br><br>　　　　　　Defendants. | No. CV-21-08013-PCT-SPL<br><br>**ORDER** |

Before the Court is Defendant Motion to Exceed (Doc. 413), in which he/she requests permission to file a Response to Plaintiff's Motion in Limine No. 1 in excess of the page limitation.[1] Finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion to Exceed (Doc. 413) is **granted.** The Clerk of Court shall file the lodged proposed Response to Plaintiff's Motion in Limine No. 1 (lodged at Docs. 414, 415).

Dated this 22nd day of September, 2025.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] It appears Defendant lodged two identical Responses at Docs. 414 and 415.