# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R Sweidy, | No. CV-21-08013-PCT-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Spring Ridge Academy, et al., | |
| Defendants. | |

Pursuant to LRCiv 3.7(a)(1) and 42.1(e)(3),

IT IS ORDERED the above-captioned case is hereby directly reassigned from District Judge Stephen P. Logan to District Judge Michael T. Liburdi for reasons of judicial economy and the availability of judicial resources.

All future filings shall bear the caption: CV-21-08013-PCT-MTL.

Dated this 28th day of October, 2025.

Jennifer G. Zipps
Chief United States District Judge