IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>          Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, et al.,<br><br>          Defendants. | No. CV-21-08013-PCT-MTL<br><br>**ORDER** |

This case having been recently reassigned,

**IT IS ORDERED** that a status conference is set for **November 10, 2025 at 9:30 a.m.** in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before United States District Judge Michael T. Liburdi.

Dated this 28th day of October, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge