Thomas L. Hudson, 014485
Timothy J. Eckstein, 018321
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
thudson@omlaw.com
teckstein@omlaw.com

Robert Grasso, Jr., 015087
Nathan T. Metzger, 017378
Robert J. Lydford, 030649
GRASSO LAW FIRM, P.C.
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200
rgrasso@grassolawfirm.com
nmetzger@grassolawfirm.com
rlydford@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendants Spring Ridge Academy
And Kate Deily

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Kimberly R. Sweidy, | Case No: CV-21-08013-PCT-MTL |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL WITHIN SAME FIRM** |
| v. | |
| Spring Ridge Academy et. al., | |
| Defendant. | |

Under Rule 83.3(b) of the Local Rules of Civil Procedure, Defendants Spring Ridge Academy and Kate Deily hereby give notice that Thomas L. Hudson is withdrawing as trial counsel of record for Defendants Spring Ridge Academy and Kate Deily in this action. It is therefore requested that Thomas L. Hudson be removed from the electronic notice system for this matter effective immediately.

All other counsel for Defendants Spring Ridge Academy and Kate Deily remain the same.

DATED this 30th day of October, 2025.

OSBORN MALEDON, P.A.

By  s/ Thomas L. Hudson
    Thomas L. Hudson
    Timothy J. Eckstein
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

GRASSO LAW FIRM, P.C.

    Robert Grasso, Jr.
    Nathan T. Metzger
    Robert J. Lydford
    3075 West Ray Road, Suite 110
    Chandler, Arizona 85226

Attorneys for Spring Ridge Academy
And Kate Deily