Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly R. Sweidy,<br><br>            Plaintiff,<br><br>    vs.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>            Defendants. | Case No.: CV-21-0813-PCT-SPL<br><br>**JOINT STATUS REPORT** |

On November 7, 2025, this Court issued an order requiring the parties to file a "joint status report within three (3) days of the Ninth Circuit's decision in this matter, informing

- 1 -

the Court that the appeal is concluded." (Doc. 424.) This joint status report is submitted in accordance with the Court's order.

On January 23, 2026, the Ninth Circuit issued an unpublished memorandum "affirm[ing] the summary judgment dismissal of Sweidy's claims for intentional infliction of emotional distress, breach of contract, breach of the covenant of good faith and fair dealing, negligence per se, and conversion." The Ninth Circuit also "affirm[ed] the dismissal of Sweidy's fraud claims against Defendants other than SRA and Deily," finding that the "surviving fraud claims against SRA and Deily… should proceed below."

In light of the Court's order that the parties "inform[] the Court that the appeal has concluded," Sweidy respectfully informs the Court that she will file a petition for rehearing en banc. Therefore, the appeal has not concluded. Counsel agree to file another Joint Status Report within three (3) court days of the Ninth Circuit's ruling on the petition for rehearing en banc. Ms. Sweidy is filing this Joint Status Report under penalty of perjury.

DATED: January 26, 2026

By: /s/ Mara C. Smith Allard
Mara C. Smith Allard *pro hac vice*
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
*Attorney for Plaintiff Sweidy*

By:

*Kimberly R Sweidy*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
*in pro per*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OSBORN MALEDON, P.A.

By <u>s/ Timothy J. Eckstein w/permission</u>
    Timothy J. Eckstein
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

GRASSO LAW FIRM, P.C.

    Robert Grasso, Jr.
    Nathan T. Metzger
    Robert J. Lydford
    3075 West Ray Road, Suite 110
    Chandler, Arizona 85226

Attorneys for Spring Ridge Academy
And Kate Deily