Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly R. Sweidy | ) Case No.: CV-21-0813-PCT-SPL |
| Plaintiff, | ) |
| | ) **JOINT STATUS REPORT** |
| vs. | ) |
| | ) |
| Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On November 7, 2025, this Court issued an order requiring the parties to file a "joint status report within three (3) days of the Ninth Circuit's decision in this matter, informing

- 1 -

the Court that the appeal is concluded." (Doc. 424.) This joint status report is submitted in accordance with the Court's order.

On March 16, 2026, the Ninth Circuit issued an order stating, "The petition for panel rehearing and the petition for rehearing en banc are **DENIED**."

In light of the Court's order that the parties "inform[] the Court that the appeal has concluded," Sweidy respectfully informs the Court that she will file a petition for a writ of certiorari in the Supreme Court of the United States and move the Ninth Circuit Court of Appeals to stay the mandate pending the resolution of her certiorari petition. Therefore, the appeal has not concluded. Counsel agree to file another Joint Status Report within three (3) court days of the Supreme Court of the United States' ruling on the petition for a writ of certiorari and the Ninth Circuit's ruling on Sweidy's motion to stay the mandate. Ms. Sweidy is filing this Joint Status Report under penalty of perjury.

DATED: March 19, 2026

By: /s/ Mara C. Smith Allard
Mara C. Smith Allard *pro hac vice*
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
*Attorney for Plaintiff Sweidy*

By:

*Kimberly R Sweidy*

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
*in pro per*

OSBORN MALEDON, P.A.

By  s/ Timothy J. Eckstein w/permission
      Timothy J. Eckstein
      2929 North Central Avenue, Suite 2000
      Phoenix, Arizona 85012

GRASSO LAW FIRM, P.C.

      Robert Grasso, Jr.
      Nathan T. Metzger
      Robert J. Lydford
      3075 West Ray Road, Suite 110
      Chandler, Arizona 85226

Attorneys for Spring Ridge Academy
And Kate Deily