Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
SBN California 159294
Facsimile: (760) 683-6307
Email: mara@allardsmith.com
Telephone: (760) 448-6189

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly R. Sweidy | ) Case No.: CV-21-0813-PCT-SPL |
| Plaintiff, | ) |
| | ) **JOINT STATUS REPORT** |
| vs. | ) |
| | ) |
| Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On November 7, 2025, this Court issued an order requiring the parties to file a "joint status report within three (3) days of the Ninth Circuit's decision in this matter, informing

- 1 -

the Court that the appeal is concluded." (Doc. 424.) This joint status report is submitted in accordance with the Court's order.

On March 23, 2026, the Ninth Circuit denied Sweidy's motion to stay issuance of the mandate.

In light of the Court's order that the parties "inform[] the Court that the appeal has concluded," Sweidy again respectfully informs the Court that she will file a petition for a writ of certiorari in the Supreme Court of the United States.  Therefore, Sweidy believes that the appeal has not concluded and no further action from this Court is required to stay the matter.

Defendants read the Court's order as staying this action only pending the resolution of Sweidy's appeal in the Ninth Circuit, such that a new stay order is now required. Defendants do not object to staying this action pending the resolution of Sweidy's appeal to the Supreme Court of the United States.

Should the Court agree with Sweidy that no further stay order is required, counsel agree to file another Joint Status Report within three (3) court days of the Supreme Court of the United States' ruling on the petition for a writ of certiorari.  Ms. Sweidy is filing this Joint Status Report under penalty of perjury.

DATED: March 24, 2026

By: /s/ Mara C. Smith Allard
Mara C. Smith Allard *pro hac vice*
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
*Attorney for Plaintiff Sweidy*

By:

Kimberly R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive

- 2 -

Palo Alto, CA 94306-3638
*in pro per*

OSBORN MALEDON, P.A.

By  s/ Timothy J. Eckstein w/permission
    Timothy J. Eckstein
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

GRASSO LAW FIRM, P.C.

    Robert Grasso, Jr.
    Nathan T. Metzger
    Robert J. Lydford
    3075 West Ray Road, Suite 110
    Chandler, Arizona 85226

Attorneys for Spring Ridge Academy
And Kate Deily