IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kimberly Sweidy, )  No.  CV-21-08013-PCT-SPL
)
            Plaintiff, )
) **ORDER**
vs. )
)
Spring Ridge Academy, et al., )
)
            Defendants. )
)

Before the Court are the parties' Joint Status Reports, updating the Court on the status of Plaintiff's appeal. (Docs. 427, 428, 429). The parties informed the Court that on January 23, 2026, the Ninth Circuit issued a decision affirming this Court's order on summary judgment. (Doc. 427 at 2). On March 16, 2026, the Ninth Circuit denied Plaintiff's petition for panel rehearing and petition for rehearing en banc. (Doc. 428 at 2). Plaintiff has informed that Court that she intends to file a petition for writ of certiorari in the Supreme Court of the United States. (*Id.*). The parties seek clarification as to whether the stay in this matter will continue through Plaintiff's appeal to the United States Supreme Court. (Doc. 429 at 2). Defendants do not object to the continued stay. (*Id.*). No renewed Motion to Stay or Order regarding the same is required, and this matter will remain stayed through the pendency of Plaintiff's appeal, including to the United States Supreme Court.

///

///

///

Accordingly,

**IT IS ORDERED** that the parties must file a joint status report within **three (3) days** of the United States Supreme Court's decision in this matter, informing the Court that the appeal has concluded.

Dated this 25th day of March, 2026.

Honorable Steven P. Logan
United States District Judge

2