Mara C. Smith Allard (*pro hac vice*)
Allard Smith APLC
2720 Cazadero Drive
Carlsbad, CA 92009-5813
SBN California 159294
Facsimile: none
Email: mara.allard@att.net
Telephone: (760) 402-6028

*Attorney for Plaintiff Sweidy*

Kimberly R. Sweidy (*pro hac vice*)
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
SBN California 120261
Facsimile: (650) 899-3336
Email: krsweidy@yahoo.com
Telephone: (650) 856-8595

*in pro per*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly R. Sweidy<br><br>Plaintiff,<br><br>vs.<br><br>Spring Ridge Academy, an Arizona corporation, Jean Courtney, Suzanne Courtney, Brandon Courtney, Erin Smith, Leslie Filsinger, Justin Zych, Kate Deily, and Veronica Borges,<br><br>Defendants. | Case No.: CV-21-0813-PCT-SPL<br><br>**JOINT STATUS REPORT** |

On November 7, 2025, this Court issued an order requiring the parties to file a "joint status report within three (3) days of the United States Supreme Court's decision in this matter, informing the Court that the appeal is concluded." (Doc. 430.) This joint status report is submitted in accordance with the Court's order.

On June 15, 2026, Sweidy filed a petition for writ of certiorari in the Supreme Court of the United States. The matter was assigned case no. 25-1402.

On October 5, 2026, the Supreme Court of the United States entered an order denying the petition.

The appeal has concluded.

DATED: October 6, 2026

By: /s/ Mara C. Smith Allard
Mara C. Smith Allard pro hac vice
Allard Smith APLC
521977 Highway 79 # 648
Santa Ysabel, CA 92070-9601
*Attorney for Plaintiff Sweidy*

By: Kimberly R Sweidy

Kimbery R. Sweidy *pro hac vice*
Kimberly R. Sweidy, Attorney at Law
3478 Rambow Drive
Palo Alto, CA 94306-3638
*In pro per*

OSBORN MALEDON, P.A.

By: s/ Timothy J. Eckstein w/permission
Timothy J. Eckstein
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

GRASSO LAW FIRM, P.C.

Robert Grasso, Jr.
Nathan T. Metzger
Robert J. Lydford
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
Attorneys for Spring Ridge Academy
And Kate Deily